Andrew (Drew) Parker    2/3/2025

Scopes Trial Enclosed

**JURY TRIAL DEMANDED**

FILED

25 FEB PM 1: 38

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____DEPUTY CLERK

## Defendants

All parties listed who took unlawful or tortious actions, as alleged in this complaint. Note for the sake of brevity and completeness I have omitted.

1:25CV00214 DAE

## THE PARTIES

All parties listed elsewhere are incorporated here for the sake of brevity.

## Causes of Action

Elements of Intentional Interference with Prospective Economic Advantage

1. <u>There was a reasonable probability of a business relationship between I, the plaintiff, and the defendant's DLA Piper, a firm that Dustin Davis worked for at the time as well as PwC later.</u> Notably, Dustin married someone at Exxon, a company notable in this Wild West melodrama. Companies that are critical to transportation and energy would want to help obscure how these baby lookin' boys' secrets that really have caused a lot of death and suffering. Maybe because Claire's dad who had been "dumping bodies in the water for years" in Texas and whose now husband works at Tesla, where wannabe Nazis (see recent salute) like Elon Musk could genetically cleanse, obscure and are put in high place by fake Hitler Donald Trump who conjures attempts on his life only to be saved by "God". I also think I saw Claire's husband, Danny, at Shakespeares the night I suffered a TBI in early January 2023 (note this needs to be moved I just put it here. See Havana Syndrome, white vans, and Russians appearing outside their house after giving them secrets just to cause trouble.

3

Notably this also includes the SEC who might have been put under pressure to check a few boxes like a middling group of CPAs and this would have prevented an investigation into major U.S institutions and white collar defendants who helped fund the machine that prints money for the Russian War Machine.

2.  In this situation there was also reasonable expectation for a continuing and fair business relationship with PwC as well shortly after my SEC tip and subsequent PCAOB talk all in the midst of their harassment and others who committed torts against me, all of which was meant to intimidate and prevent reporting of this situation earlier.[1]

3.  Note I do not have to prove that the contract would have certainly been made but for the interference, considering all facts and circumstances in my situation as well as law firm policy which was not made evident to me. If I had been made aware of law firm policy, I would have fought a charge rather than not fighting it because I thought it was a conjured black eye situation for the Cane's comforted conveniences of God's great gift to his green earth and actually made no sense given my character. Demonstrating to me that there were clearly other incentives at play of all parties involving a variety of offenses discussed in this complaint. Also for some reason dumb dogs thinks my situation gets worse, it just made sense to eek out whatever I could and then make due with the will of

---

[1] Richardson–Eagle, Inc. v. William M. Mercer, Inc., 213 S.W.3d 469, 475 (Tex.App.-Houston [1st Dist.] 2006, pet. denied) (listing elements). *Also see* Coinmach Corp. v. Aspenwood Apartment Corp., 417 S.W.3d 909, 924 (Tex. 2013); Richardson–Eagle, 213 S.W.3d at 475–76.- https://freemanlaw.com/interference-with-prospective-business-relations/ (last visited 1/29/2025)

4

God allotted by pig-headed boys that throw their little high blood pressure temper tantrums, crying MMEEE FIRRRSSST, MYY OPIONNNN MATTERRSS .[2] It was clear to all parties involved here considering all facts, circumstances and the result of the conduct, that actions taken actually interfered with a reasonably probable contract, and it is dumb to think that with a law firm clerkship that a reasonable probability of a contract does not exist. Note they all defendants took actions that they took resulted in me not having the support which would have been necessary to bring this action earlier or even conduct adequate discovery, even into the U.S. government and other white-collar defendants, which undoubtedly would have put pressure on white-collar defendants named in this complaint that helped fund the machine in U.S. capital markets that prints money for the Russian War Machine all to the tune of hundreds of billions of damages to the environment alone which should be punitively punished.[3]

2. <u>Willful and Intentional Act of Interference with the desire to bring about the result or with knowledge that interference was certain or substantially certain to occur as a result of the conduct.</u> The Supreme Court of Texas has explained that interference is intentional "'if the actor desires to bring it about or if he knows

---

[2] Hill v. Heritage Res., Inc., 964 S.W.2d 89, 115 (Tex. App.—El Paso 1997, pet. denied) (with no non-consent interest to sell, there could be no actual damages). *Also See Richardson–Eagle*, 213 S.W.3d at 475–76; Cooper v. Steen, 318 S.W.2d 750, 757 (Tex.App.—Dallas 1958, no writ) (sufficient that P introduced testimony from prospective buyer that buyer would have consummated sale but for interference.)

[3]*Id.* at 476. *See Also* Coinmach Corp., 417 S.W.3d at 924.

that the interference is certain or substantially certain to occur as a result." [4] To satisfy the second element, the facts and interests involved demonstrate the defendants desired to prevent the relationship from occurring which is evident from the facts and claims in this complaint as well as facts to me that indicate that they knew this complaint was coming. In particular, Dustin Davis, who worked at DLA Piper that had secrets which could seriously harm the reputation of Samer Zabaneh (see my Texas Bar complaint against Dustin Davis which has been restricted by the SEC so far), who worked at DLA Piper and then shortly after some of the events in this complaint moved to the law firm Latham & Watkins who would also not want this complaint properly investigated since that firm helped fund the Russian War Machine through U.S. capital markets. This would have been especially true with the incentive some defendants had to cover up Dustin's many secrets and provide cover for himself as well as those he worked with. These defendants knew that the interference was "certain or substantially certain to occur as a result of the conduct" more specifically DLA Piper, other Latham & Watkins partners that worked in Washington, D.C. and in Austin at the head of the ESG practice that may have been involved with the conduct that allowed the funding of the Russian War Machine, and as well as all other parties whose interests meant that they would benefit from the cover up and intimidation, including to U.S. government officials such as Donald Trump, officials in the CIA, and other agencies that have gone back and forth over the

---

[4] *Bradford*, 48 S.W.3d at 757 (quoting RESTATEMENT (SECOND) OF TORTS § 766B cmt. d (1979)); *Coinmach Corp.*, 417 S.W.3d at 929 (Tex. 2013); *see also* Baty v. ProTech Ins. Agency, 63 S.W.3d 841, 861 (Tex.App.-Houston [14th Dist.] 2001, pet. denied) ("Mere participation in the transaction is not sufficient to establish an intentional action to harm [the plaintiff].").

6

cause of Havana Syndrome, who could have other interests at stake too.[5] Note that Dustin's cocaine usage was just so obvious right before this began that it was likely because he knew what was happening and could have been trying to distract me from other secrets that he or others that he has a close connection with had, given other patterns that are evident in this complaint and others that are known to me and may be introduced depending on their cooperation. The information and incentives could have occurred through conversations or a special connection he and others who he was friends had with Joy Davis a then resident and now fellow at Johns Hopkins who I spoke about this frequently with, all when they could have been doing dangerous and excitin' things for a group of wanted, lonely and boys and girls as well as given him a more convenient thing to explain to Samer that he had secrets and needed help with someone with loose lips that he needed to make sure got cut quick. Note Joy said that it was "crazy" to report this information

4. In particular, actions by DLA Piper in Spring 2022 after the incident with police that led to me losing my position there (that was reasonably probable economic prospect see later) and not properly telling me the company policy towards what happened to me being a reason to lose my position there because it led to all this information not coming to light until now with the result of the funding of

---

[5] RESTATEMENT (SECOND) OF TORTS § 766B cmt. d (1979). (the restatement further provides that "[i]f [the actor] had no desire to effectuate the interference by his action but knew that it would be a mere incidental result of conduct he was engaging in for another purpose, the interference may be found to be not improper.") *Also See* Bradford v. Vento, 48 S.W.3d 749, 757 (Tex. 2001) (interference was at most only incidental when defendant stated that plaintiff did not own property the plaintiff was intending to purchase while responding to police questioning about an unrelated disturbance).

the Russian War Machine. In addition to DLA Piper, no one was willing to help me find a cause of action (including Legal Aid in Austin and Birmingham) which would help me efficiently and time effectively pursue the variety of defendants and wrap them up into one case that I could file as private action since all parties involved were trying to distract me with minor offenses that would consume my time and prevent this information from coming to light all with no support from any law enforcement body. Here they will hopefully all get wrapped up together. See their general desire to blatantly waste my time and prevent any record of this information, including the FBI's actions most recently when I was reporting one of the largest native art thefts in U.S. history and certainly Alabama's.

5. Also since I heard voices at the time said that the it gets worse, even though that made no sense to me considering the physical shape I was in biking thousands of miles each year, the position that I felt like I was in to succeed in final exams as well the health symptoms being not even being somewhat medically explainable (despite what those in L rizz Alabama "have seen before"-> ie foreseeability, see Harvard Neuroscientists in the WSJ who have written about this), I felt like it was not time effective or in my best interests, considering the shape my grades were in at the time and what was happening to my body that was medically unexplainable, to litigate a criminal charge that eventually led to me losing my position at DLA Piper and other firms such as Haynes and Boone afterwards. In fact, I decided not to pursue defending the charge since it would not result in a conviction anyway which is all that I thought

would matter at the time because I was in mental health court, was taking care of my mental health and prioritizing school as well. In addition, I felt like it all made no sense to myself and others considering my character to not ever touch someone violently or angrily let alone commit a crime or domestic battery.

6.  DLA Piper: Intentional infliction of emotional distress by not taking my previous complaints about my neighbors seriously in that it was obviously people with serious secrets who may have been motivated to harass and distract me even though those included people at the firm itself who were in a very powerful positions and soon after left for the firm Latham & Watkins that funded the machine that prints money for the Russian War Machine in U.S. capital markets, along with the fraudulent actions of major PwC partners listed elsewhere in this complaint. They were also never interested in speaking with me about the outcome of events that led to my firing as well as events and surrounding circumstances in my life including risks to national security in critical infrastructure, negligent supervision including the U.S. government which supervises people in the whitehouse White House that participate in pagan hedonistic organizations, nuisance, defamation of the facts and circumstances surrounding my situation including previous statements I had made about continuing harassment that I was facing in Austin when it should have been clear to them that "mental health" was not the reason that I was being harassed and faced adverse situations as well as other extensions of the executive branch like the SEC and U.S. attorneys that investigated the FCPA violation.

7.  It was DLA Piper's incentive to protect very prominent partners who had contributed to the firm in Austin and with very prominent small featured baby lookin' boys like Dustin Davis. Notably DLA Piper featuring Dustin and Samer like Mike Ross and Harvery Spectre from Suits were conducting a Suits operation with unlicensed lawyers at the time in Houston, which absconded with PwC client's money.

8.  In addition actions taken by all the defendants below, in particular Greystone Investors from Spring of 2022 until July-August 2022, led to me having to leave my apartment and the state of Texas due to the harassment I faced which led to me not continuing a relationship with PwC that would have required me to move to Denver since I no longer felt safe in my apartment and my lifestyle and general preferences towards where I worked were not compatible with living in cold environments.

9.  Note included in these actions are others that I met afterwards including Nancy Gracen with a brother who was a member of the DKE deathstar home of the "jedi mind trick" in Alabama (spoken by one member as well as widely by others about their pagan hedonistic practices) who I conducted informal negotiations with concerning a position with her firm and provided only the information I felt comfortable sharing with her while still hoping not to ruin confidentiality with an ongoing government investigation. To me it is clear when this many people are harassing me and putting me under pressure, and based on facts listed in this complaint that mental health is not the reason I was experiencing unexplainable physical symptoms.

10

10. It is also important that when I originally was admitted into UAB following an unexplainable femoral artery clot, an Indian doctor who was married to someone who worked with my mom at Cherokee Bend Schools spouted the typical biased nonsense for a plan that deserves to come to light. There is more on their incentives to do so later including very large unsolved native art theft in Tuscaloosa, probably involving the pagan hedonistic practices of organizations in Tuscaloosa, AL, the druid city. Also note random deaths at the school and I'm sure other places, involving those listed in this complaint, that shortly followed the beginning of me typing out this complaint.

11. Upon Admission to UAB, I admitted to the doctor that while biking between 5-6K miles per year, using a few as in 3-4 zyn pouches a day usually (none the week before admission while biking 3-4 hours a day probably 5 days(look up for certain) the week before admission). He stated just know that some doctors at UAB would not want to operate on me based on those facts alone. Which is just biased nonsense spouted by him and positions taken by others, because one would expect based on current research for vessel constriction to return to normal within two weeks after consuming and probably less with how much I was biking.

12. To me all this makes me believe that conversations between people who worked there that now may be obscured due to recent death upon typing out this complaint, indicates that doctors at UAB, CVA in Birmingham, and internationally inflicted emotional distress  as well had performed judgments that indicate bias in a few ways.

13.  This could have been because a World Travelin' famous snake oil salesman who I think worked at one or all of these organizations in Birmingham and could have contributed to Joy getting a residency at Johns Hopkins in the first place thanks to the special connection/relationship she had with his son who also worked there as a resident at Johns Hopkins when she went there as well as likely a DKE in her classes at Alabama that I never met. All of whom probably contributed to my unexplainable femoral artery clot. In addition at Johns Hopins the special relationship/connections she had with a world travelin' snake oil salesman probably contributed to a completely farce of a Title XI and the decision not to even file a Title XI complaint/report against her for slapping me around three times while dating her for close to seven years because they've never seen someone get a Title XI complaint filed against them for only slapping around one person for the first 4 years of a relationship and abusing them emotionally as well just to get a free paid break from residency for it all to humiliate as a result of the intentional infliction of emotional distress involving all defendants mentioned. Important for me to note that I did not even want to deal with a Title XI hearing given everything else that has occurred, and I did not think it was necessarily deserved.

14.  To me all actions have clearly indicated actions taken as part of a plan by pig-headed boys and girls to conduct a genetic cleansing of inferior genetic information, when Joy never did anything but that was convenient for her and never helped me move. Note I worked at a moving company in Birmingham two summers during college, Armstrong Relocation, which was owned by a EX,

12

likely with the expectation of others that I would lose my leg for reporting her for slapping me around as part of a prior formed plan and that it would humiliate me.

15. Also Johns Hopkins probably did not take action during consideration of Title XI because someone might have known about what was going to happen to me, and they did not want to create a record that she had secrets that would motivate someone to kill or intimidate me. I believe that this motivated a large majority of other organizations tasked with enforcing the law.

16. The actions taken by doctors at UAB that pledge to do no harm with their medical education just demonstrated clear bias at the very least because based on information that is well known now it is adrenaline in nicotine pouches that causes vessels to constrict and a small amount taken orally could actually help with ischemic limbs. In addition, the amount I was consuming or really even any amount should not cause a major artery or even a minor vessel clot for that matter in my body, see scans I got at CVA after I got out of the hospital when for some reason I noticed my blood petering out, which still happens, in one of the arteries at the top of my foot as well as the bloodwork I got done at Internal Medicine Specialists when I moved there to find a remote job shortly before losing my leg and established care with a primary care physician in the time that I had there before I left. Normally one would expect for someone healthy and young that exercises a few hours a day regularly under current research to have very little constriction and if there is any it would likely reverse itself in about two weeks. Based on the amount I exercise with blood pumping through major

13

arteries and veins as well as scans at CVA after I left the hospital, I would easily expect any constriction to reverse itself in less than two weeks.

17. Please note the actions taken by doctors at UAB who were married to people who work at Cherokee Bend Elementary School and spit biased nonsense like a bunch of uneducated doctors that hold a very special little police power in Birmingham and come to America with the great hope for opportunity or is it just a convenient place for world travelin' miraclin' in a bottlin' fancy snake oil salesman who travel around and spit biased nonsense. All actions were likely taken so that Christianity for some, as Big Tobacco in this episode, and the highly regarded therapists at Alabama Psychiatry could intentionally interfere with my ability to find a position following these event and demonstrated actions taken to intentionally inflict emotional distress so that Super Rankin' Special Feelers that walk like God's amongst us do not face any repercussions for their actions.

18. Contributing to this belief are actions taken by my mom to assault and harass me following an interview with a firm that is very associated with DLA Piper in Seattle and in the same building which made me never want to work with anyone associated with that firm again considering all the interests of the parties involved in preventing me from working there which was apparent at the time to me as well as her interests in preventing me from doing so which are apparent now considering all the facts in this complaint, including possible unsolved offenses that she may have been involved in which may come to to light and deaths at the school my mom works which covered up the conversations that he

actually had including with people who worked at the school, knew my mom, and whose husband worked at UAB.

19. For the willful and intentional acts of Interference with the desire to bring about the result or with knowledge that interference was certain or substantially certain to occur as a result of the conduct for all other defendants than those listed above please see the introduction section and factual allegations where the facts that establish these claims are provided as well as the section for foreseeability relating to proximate cause.

20. Note Boy Scout organization liability (and other similar situations which should be considered and applied here) for actions of leaders in troops to sexually assault and humiliate kids probably. Important in holding the Alabama Greek System and other organizations accountable for the actions of its members in the various torts listed below when they should have been aware of the actions of their members and leaders behaviour due to their long history of such behaviour and conversations. (note employee-er relationship not always needed

21. All defendant's conduct was independently tortious or unlawful. PwC: Fraud committed by PwC partners on Forum Energy Technologies and TechnipFMC. Fraud with regards to internal controls and the internal audit tipline with client participation which provided the opportunity for material accounting fraud to occur that was more widespread than was investigated by Internal Audit (who was not qualified see IA ethics - note SG&A pressure at the time) and should have been investigated by the federal government. (Note TechnipFMC and actions by partners to allow disclosure fraud in the Q2 2019 Cash Flow

15

specifically regarding Nigeria that was under investigation to occur right before the controls were supposedly remediated as part of an FCPA investigation which is usually just focused on lower level employees. Allowing the funding of the Russian War Machine which indicates that higher levels of management at TechnipFMC were involved and partners were put under pressure to succumb to client demands and maybe the government's as well. Same patterns exist at Forum Energy Technologies who the SEC refused to investigate previously.

22. Note PwC also committed Intentional infliction of emotional distress and harassment after I rejoined following law school by creating false expectations through which to judge my performance again and again as well as not providing sufficient guidance only to hold me accountable to the false expectations to put me under pressure in my professional and personal life. Also tortious interference in a federal investigation by trying to influence potential witnesses who I'm sure would love to show up now, possibly tamper with evidence, and obstruct the investigative process. All by harassing me with false expectations at work, potentially creating grounds for a civil lawsuit against the interfering party based on the extent of tortious interference that is apparent to me.

23. Once I mentioned scary mommies and daddies to Patrick that I worked closely by (who was neighbors with someone who worked on the board of PwC - also known by Thomas who I mentioned in another complaint to the SEC and others that I worked who very well could have been told by Thomas and Patrick that I might file a complaint regarding behavior by very prominent partners that I

worked with including Ray Garcia. People at these firms treat you differently based on this in my experience. Note this happened when I was an intern and interns treated me differently after, by avoiding me after, but it was concealed because it occurred when I returned to Houston by John and Heath of a very prominent family car dealership in East Texas. I also think that attempted murder and battery for the TBI and unexplainable femoral artery clot a few months after reporting my Ex-gf a current Johns Hopkins resident for dating violence could be applicable to them as well because who would not want to obscure the source of secrets which led to this situation for I, and the American People.

24.    Negligent supervision for almost every organization involved in this complaint, most notably the Federal government who also had a failure to train those tasked with enforcing the law with resulting constitutional violations to the first amendment (based off dots that are obviously not connected in the news media, wonder why?), fifth and 14th due process clause and the resulting traditional notions of fair play and substantial justice, as well as the 10th's notions of federalism implicating principles such as nullification, preemption and the supremacy clause as well as their long history, and the take care clause. Maybe it is the human sacrifice that is required and that resulted from the Briarwoodization of America.

25.    Most notably, the Executive Branch's supervision of Jack Sewell who joined at least and likely was closely associated with the pagan hedonistic rituals as a member of the DKE deathstar in college and was hired to the White House while

17

Havana Syndrome was occuring. As well as Johns Hopkins similar to Boy Scouts liability (note employee-er relationship not always needed ).

26.   Also note Pi Phi and conversation between Caroline Collins, Landry Norris and Joy Davis around the time of her "demon possession" and she was told to not say the name of her high school lover Eric Bergeron, very reassuringly weighted like a weighted blanky, but indicating that either she was Helen of Troy on the battlements or it was to obscure from her pagan hedonistic practices as a Presbyterian Minister's daughter.

27.   For the actions of all other defendants than those listed above that were tortious or unlawful please see the introduction section and factual allegations section for the facts that establish those claims as well as the claims section at the end for more in particular those under the Sherman Act.

28.   Just as with tortious interference with an existing contract, a plaintiff alleging tortious interference with business relations must prove that the defendant's interference proximately caused its injury.[6] . Please see the Introduction and Factual Allegations and Claims section for all other defendants than those listed below.

29.   Proximate cause requires proof of both cause-in-fact and foreseeability.[7] Note foreseeability of the damages including punitive damages that could be caused and can be proved for all white collar defendants including PwC, DLA Piper through Samer Zabaneh and also Latham & Watkins LLP because of their close

---

[6] *Hill,* 964 S.W.2d AT 126.

[7] I*mmobiliere Jeuness Establissement,* 525 S.W.3d at 880.

relationship with other parties, incentives to act the way they did, discussions I had with the parties/employees involved and who are listed elsewhere in this complaint who are all closely connected. The defendant's knowledge of the probable results which are very probable given all of the above listed factors and other facts listed in the introduction, factual allegations and claim section, importantly most of them stated to me they had "seen it before". In particular, note discussions with many listed in this complaint and described in more detail elsewhere in this complaint most notably, Patrick who I worked with at PwC in Austin about scary mommies and daddies when he was neighbors with someone who worked on the board of PwC at the time who also knew Thomas that I lived with while I was in Houston who I discussed many of these facts with as well as previous discussion I had with PwC interns and associates about scary mommies and daddies and how they treated me after the conclusion of the internship, completely avoiding me and my roomates and there were people who worked at PwC who lived at my building (might not have listed elsewhere in this complaint but consider it included in the facts, in particular for Greystone Investors that owned by Apartment building). Foreseeability of actual damages can be shown for all defendants, most notably Johns Hopkins; Greystone Investors; UAB; CVA, Brookwood Health System, Austin Police Department; DKE where something similar must have happened before so one would surely expect that past results would be foreseeable to have happened; EX with Mr. Proctor's decision while in college to keep me away from the executive board and appoint alumni likely in an attempt to keep me away from leadership

positions, possibly avoid to generating discussions about Joy's activities and promote alumni some of whom had broken the rules; sororities at Alabama such as Pi Phi and AOII where hedonistic paganistic activities as well as the illegal/rule breaking activities of members in the past and currently were discussed even by those in leadership positions; Vulcan Value Investors the leadership of which was likely aware of the results of the pagan hedonistic activities of the listed defendant's due to their college affiliation shortly after one of the listed offenses as well as the usual results of such tortious and unlawful behavior that happened recently, including some of their employees such as Robert Smith; and individual defendants, in particular Mr. Davis, Joy's dad who after all had "seen some walking down the side of the road due and talking to voices due to marijuana" before and who all knew that the desired results of their actions would put me under pressure and therefore intentionally interfere with my prospective economic prospects establishing the cause in fact and proximate cause of damages.

30. The test for cause-in-fact is whether the tortious conduct was a substantial factor in bringing about the alleged injury, i.e., a factor without which the injury would not have occurred.[8] In this case my physical health, blood work and my general desire to never be in a position that put myself under pressure did not predispose me to put in a position to be in pressure resulting in mental health symptoms or have a clot of any kind and can be demonstrated through my

---

[8] *Palla*, 424 S.W.3d at 728 (Tex. App.—Dallas 2014, no pet.) (noting that damages are necessarily limited to those proximately caused by the interference)

.

history in college and in roles at PwC to work and project manage so that I was not under pressure.

31.  <u>Finally, a plaintiff must show that actual damage or loss occurred as a result of the alleged interference.</u>[9] Texas courts have held that there is no cause of action for conduct that merely delays execution of a contract.[10] In this case, the lack of support I received in filing this complaint, provide tips to the SEC/PCAOB earlier as a result of the defendant's tortious and unlawful actions with the SEC's lack of action at least for a significant period of time and my desire not to talk about a confidential investigation, as well as contact other parties who might be interested in pursuing and investigating a variety of offenses led to the damages from career destruction, in a profession where the top attorneys at firms in New York salary is more than $15 million in a year and that which I was well situated to achieve due to my enjoyment of the work at PwC as well as overachievement, which should be pursued to prevent such economic waste of historic proportions from happening again.

**<u>Tolling Of The Statute of Limitations</u>**

<u>Factors in Favor of Tolling if Necessary</u>

1.  <u>Continuing Violations:</u> Each new violation of an ongoing civilly unlawful act may restart the statute of limitations, of which the last occurred in October of this year when I was in the process of conducting negotiations for position at a law firm associated with DLA Piper. Note

---

[9] *Richardson–Eagle*, 213 S.W.3d at 475–76.

[10] *Texas Disposal Sys. Landfill, Inc. v. Waste Mgmt. Holdings, Inc.*, 219 S.W.3d 563, 590–91 (Tex.App.—Austin 2007, pet. denied).

the cumulative effects rippling outward now because of all listed defendant's actions including the possible negligent and intentional actions of officials in the new executive branch and their appendages, whoese actions surely had an impact on events listed in this complaint much earlier, which also have occurred throughout the course of a confidential government investigation and will now certainly be very discoverable as they may have occurred again under the new administration, and all increased the damages that I have suffered to ensure my continued life and liberty (latest someone randomly following me home after I parked in two different spots along the way trying to avoid being followed, that the local police did not want to create a record of the week of January 27th, as well as earlier most notably running into the longer lasting mass shooter in Texas modern history who by the grace of god and where I ran into him on a trail that I was biking, contributed to him not doing anything to me, even though it probably would have not increased his prison sentence), all increasing the feeling that I am unsafe in my location, even due to actions of my parents. All parties actions would have required close to a hundred amendments with all the torts that cumulatively effectively ended my career prospects and made me feel unsafe as a sitting duck. I also thought that the SEC would investigate my tip as well as the many other government agencies that have refused to investigate them and have flatly ignored them all so far contributing to the opportunity for those

committing continuing violations against me which have contributed to the large or cumulative with a rippling effect of damages that I have suffered. Note that a variety of weird things happened to me that I do not feel comfortable listing in this complaint, and I can easily say that the extent of damages I would need would have increased as well due to things that occurred throughout and if I had filed and taken off the motion to seal much earlier, the damages I would have recovered would have left me woefully unprepared for the situation I face due to information that has come to light an the nature of the government investigations as confidential, wanting to respect that and other factors I can discuss as well that would have made it very difficult. Factors such as lost documents to discovery should not matter in tolling the SOL due to the timing/nature of my reports and the recent timing of the ending of some investigations listed in this complaint that may be at issue (Otherwise most facts will be apparent in workapers that are readily available to the Texas Board of Public Accountancy and emails/records) since they were before even the TechnipFMC FCPA investigation ended which I missed due to harassment in the workplace at PwC and since it concluded when I needed to work to pay off student loans and had a general desire to enjoy not being a public figure before this all occurred. After which the filing of this will probably leave me effectively unable to race my bike, the only thing I ever really wanted to do, that which I feel is really no longer safe for me due to events that I can discuss, and it

23

was in my best interest for safety to be able to enjoy one year in 2023 to be able to do that before this occurred. After just starting to move again and being able only to start work only a few hours in 2024 to pay off medical bills while mentally incapacitated, I began turning in additional tips related to conduct that I thought would have come up in an SEC investigation, putting together facts that established these claims and when no contact was received in response I started working on this complaint by myself since no one was willing to help me. PwC's harassment of me while I had a confidential government investigation ongoing as well as me not wanting to ruin a confidential government investigation probably focused on finding accounting fraud the timing of which I thought would occur mostly now due to other facts listed in this complaint. Also note timing related to holding the now current executive branch accountable for recent and past actions, including those that might be related to a motivation to hide earlier negligent and intentional actions listed in this complaint, makes it very evident to me that the statute of limitation should have been tolled. Furthermore as this is a suggested by Google FCA private right of action similar to wrongful interference in a government investigation, traditional notions of justice and the due process clause suggest that tollling like this should be made, maybe even more often, and this tort publicized and lead to punitive damages so that economic waste associated with fraud that the SEC and other executive branches do not want to investigate, including

24

possibly also at the state level, should other facts come to light in the time in between. For example Nine Energy Services very recent delisting and being able to be file this shortly after the conclusion of the investigation which has not occurred yet as most people would not have thought of doing so during the time of doing this before a confidential investigation concludes, and it may become apparent to you that people will harass you before/after with incentives related to it and the lack of smoking gun for accounting fraud seems an unnecessary box to check in actions like this where punitive damages and policy reforms could prevent accounting fraud from unravelling at a more inconvenient time like in a recession.

2. Leaving the State: Note I left the state in August of 2023 due to harassment, other torts, and the reluctance of organizations such as John Hopkins, state and national executive branch agencies to investigate anything or involve me in that process. I then suffered an unexplainable femoral artery clot which has prevented me from returning to date as well as other people's directed actions at me that have prevented me from returning there or working at all.

3. Fraudulent concealment: It can toll civil actions in Texas. Fraudulent concealment is an equitable doctrine that can prevent a defendant from using the statute of limitations as a defense. Note in this case, as the course of people's conduct has continued, I have discovered additional torts, possible incentives based on past crimes unsolved, and all with

25

good timing considering the new administration and their accused actions in negligent hiring and supervision. Parties tortious and fraudulent actions were taken to fraudulently conceal facts listed in this complaint.

4. <u>Mental Incapacity:</u> Note that according to my ex-gf Joy Davis she knew that I was "crazy" for quite a while, including in the summer of 2021 while working and everybody has "seen it before" that it gets worse resulting in my expected very bad mental health that amounted to total and permanent disability determination in early 2024 because of my mental health symptoms listed in this complaint as well as a loss of a limb that resulted from my mental incapcity and put me in the hospital not able to begin this complaint, beginning to put together the facts and claims listed in this complaint as soon as I was able to do so. Since I recently recovered from spending almost the entire time since I left Texas in the hospital close to 5 monts after which I experienced near torture from mental health symptoms that establishes mental incapacity to me, I have begun working on this complaint and tips related to it. Note during my time in Texas and back in Alabama I was effectively tortured with mental health symptoms leading in part to total and permanent disability, along with no help from others.

## Complaint

1. Hair flippy boys in the Briarwood Christian Cult in Birmingham, AL and their overmakeupped girls would love to put up a pile of bodies for the great hope of barefoot neanderthals of procreatin' more historic wastes of taxpayer money from Canes Comforted Creatures like the truly monumental group of trailer trash heroes that brought death and suffering upon the American people as well as in other countries in a series of events that I have faithfully described to the U.S. government as soon as it was possible for me to do so with knowledge of certain facts as well as changes in attitudes towards certain things to actually be listened to because now is the best time. In particular trends in AI and the Sherman Act Claims listed in the Claims section.

2. Culturally popular media demonstrates that the U.S. government has committed fraud in a conspiracy to commit murder and intimidate witnesses to cover up their actions all with the help of other major U.S. institutions like PwC, DLA Piper and Super Rankin' Special Feelers everywhere whose very survival could be in jeopardy if my complaint involving blatant fraud and Sherman Act claims against PwC, Forum Energy Technology and TechnipFMC partners on that as well as many other jobs that were significantly connected to private equity firms like SCF, Pelican and Quantum as well as discrimination based off inferior genetic information compared to Super Rankin' Special Feelers that are highly paid for what their daddy and mommy passed to them, were

27

properly investigated from the get-go by the SEC before a mass of bodies continued to pile up. Note that all this occurred with Super Rankin' Special Feelers at Latham & Watkins and PwC that allowed the Russian War Machine to tap and take advantage of U.S. markets and provide a Varsi Corridor to hear conversations from the proletariat for small featured boys with superior genetic information like Dustin Davis at Latham & Watkins and short DKEd (Alabama Fraternity, home of the "Jedi Mind Trick" in Alabama - Note this a quote from Garner Lyon himself on how he avoided getting arrested and going to Jail before college while drinking. I think using prescription medication then while in college he could rarely park his car in the correct space, posted updated pictures thinking it was funny that he could never get it in the correct space and then to my knowledge at least somehow avoided a DUI) full of little baby boys that need their daddys help to get to the White House like Jack Sewell who work in special places in the U.S. government FOR A REASON. Their daddy, mommy and superior genetic information makes them special feeling gods that walk amongst us while little baby boys like them know everything until they are ready to play dumb. Note also Kaitlyn Collins had sources in the White House on January 6th and it could have been because of the special relationship she had with the DKE deathstar from her special connections at Alabama such as Jack Sewell as well as other people who I'm sure she met

3. All of the above are very special because they act, talk, and join groups in college and at law firms that just look and sometimes act like total idiots that put themselves first (Funny Image part Hypo Involving Greyston Investors

28

Employees/Ind Contractors : MEEEE FIRSSSTTTT!!!! They scream driving down the road next to the bikers, in ACTUALITY making them fear for their life), and then something goes in their brain, you're not really sure what is going on in there to get what is coming out, out. In other words, they could be knowingly and consciously "demon possessed" as part of some scheme to repress the average American because it is a part of a greater plan from people like Hitler himself, obscuring jedis and wizards in a genetic cleansing that might be common in German families like mine (see Lonesome Dove) as well as taking credit for important scientific discoveries that Russian physicists already discovered just to systematically repress and control their people under Stalin. The best example of this recently to me would me having to do this or if someone else takes credit for pursuing my case). All while taking out a common frustration on a protected class just to obscure common knowledge (see quantum physics, easily excitable electron magnetization and unification where birds = bird people) and provide a pathway for a safer occupation with a war that puts up a pile of bodies just to make a possible occupation more comfortable. It is consistent with their goal since they are totally un-self aware idiots that put themselves first, keep secrets, and in situations that jeopardize the health and safety of Americans they put themselves first. FOR A REASON!

4. Just like just a total idiot that's daddy will always be there to make a safe place for them as a member of the scary mommy and daddy mafia that has been "dumping bodies in the water for years" in Houston. What else is there about

baby looking Bumble repressed boys and lonely girls other than feeling very special because their mommy and daddy thinks so.

5. Factors to me that indicate genetic cleansings are supported by some christians: "Uva Uvam Vivendo Varia Fit" (Lonesome Dove) and Romans 18-21: "Boast not against the branches. But if thou boast, thou bearest not the root, but the root thee. Thou wilt say then, The branches were broken off, that I might be grafted in. Well; because of unbelief they were broken off, and thou standest by faith. Be not highminded, but fear: For if God spared not the natural branches, take heed lest he also spare not thee." This quote from the bible and what has been demonstrated to me through Christian's actions and surely intentional dumbness towards the suspicious things that have happened, proves to me that some barefoot dirty neanderthal Christian's support genetic cleansing and human sacrifice before the rapture, the beginning of the trials and tribulations and ultimately the second coming of Christ, during which they believe Christians who shirk personal responsibility of bearing their cross every day with award winning girth, will be saved by being picked up on Jesus's white horse, all while hoping to promote people who read their bible, spark notes and nothing else, as highly prized and ultimately saved to live in heaven with other super rankin' special feelers. To say the same thing more simply, some Christians effect, clearly among barefoot neanderthals in Alabama and elsewhere, on people is the same as Big Tobacco in days gone by and we all should accept personal responsibility

30

to change the state of things with love and compassion after all "love conquers all". A sunday high after church for showing up, praying to these boys, putting money in the offering plate (see how that turned out for Mr. Davis at Kingwood Presbyterian when money was stolen from the offering plate), and proclaiming God in broad sweeping upperward motions that puts some people with superior genetic information first.

6. Therefore, Plaintiff Andrew Samuel Parker (Drew Parker), as and for their complaint against defendant's PwC, DLA Piper, other defendants of which there are many including: the U.S. government's federal apparatus which includes the executive and legislative branches dutifully led by a fake Hitler, Donald Trump that conjures attempts on his life by fear mongering like Hitler himself only to be saved by GOD after working up the typical Bumble repressed and high blood pressure temper tantrums throwers in the U.S.'s frustration, alleges on personal and specific knowledge of U.S. world events and popular culture as discussed in Stranger Things, other culturally popular media that is prevalent in our culture, scientific knowledge that has been around for close to 100 years that the true cause of Havana Syndrome was covered up with the intent to wrongfully interfere with my prospective economic advantage and commit fraud as well as negligent actions/inactions on the American people with information that should be public disclosure because this complaint revolves around scientific information that has been around for a while, how a variety of federal crimes were obscured with a few purposefully limited federal investigations also, including by the SEC possibly, which had a

31

very important impact on national security, obscured pagan hedonistic practices in the U.S. that involve organizations at U.S. schools of which members of the white house staff were members of, and generally resulted in torts committed against me wrongfully interfering with my prospective economic prospects. All of the above resulted in a historic waste of taxpayer money and actions that should be punitively punished. Most importantly implying the negligence of White house officials in supervising employes that should negate any claim of sovereign immunity. Other claims incorporated here as well most notably Sherman Act claims due to the diffusion of AI that is more reliable and innovative in smaller organizations, even for non-standard documents while noting their reliability for documents like receipts in organizations like Fetch in Birmingham, AL.

7.  Most importantly in this complaint and described further in the introduction is the U.S. government's legislative and executive branches: committing blatant intentional fraud that should be pursued by the federal government because I do not think that what I consider intentional fraudulent actions can faithfully and ethically be pursued by me, as well as negligent practices which covered up the cause of Havana Syndrome and their incentives to due so considering the pagan hedonistic activities of people that Donald Trump hired to work in the White House during his first term. Resulting in symptoms that amounted to attempted murder, in my opinion though not pursued here and at least intentional infliction of emotional distress through actions actually taken by many others as well as other torts that resulted in the destruction of my career

and should be punitively punished so that they do not occur again  Also the actions by some defendants has resulted in a growing mass of dead bodies and wasted taxpayer money in this and surely other situations to this day that should be prevented in the future through both punitive damages and the public viewing of this cause of action as well as its non-obfuscation so that we can all prevent economic waste in the future.

### Introduction

1.  Plaintiff brings this action to stop Defendants' unlawful campaign to wrongfully interfere with my prospective economic prospects, cause hundred of billions of dollars worth of economic and environmental damages motivated by some Christian's beliefs/actions as Big Tobacco of days gone by, all to commit fraud on the American people and provide the opportunity to genetically cleanse the population of inferior genetic information and be scooped up on the white horse that surely Jesus will save us on during the second coming of Christ, demonstrating the need of the acceptance of personal responsibility for all Americans. Further, defendants' unlawful conduct has stifled competition and innovation in all U.S. industries, in violation of federal law and to the detriment of all Americans.

2.  In furtherance of their unlawful, anti-competitive, bid-rigging, price-fixing and negligent conspiracy,some Defendants have engaged in unethical and unlawful conduct to permanently repress my economic prospects and prevent information which is provided in this complaint from coming to light. All counts

33

and claims incorporated here as well as other possible ones that I will add on amendment.

3. This action should result in a close look at the communications of elected and appointed government officials regarding a subject which has been declassified, supervision in the White House and other agencies as well as firings in federal agencies that have previously been in a thorn in the side of President Trump, defendant's will continue to defraud the American people through negligence and intention and provide an opportunity for the pagan hedonistic practices of groups of people to infiltrate the federal government and waste historic amounts of taxpayer money and cost lives.

4. Rather than compete on the merits, super rankin' special feelers have been provided a special pathway to success which has resulted in the momentous amount of federal crimes listed here, fraud, deaths and historic wastes of taxpayer money.

## JURISDICTION AND VENUE

### (In Texas for pretty much all of this and although I was in Birmingham after leaving the state and explicitly made it clear to all that I discussed it with that I wanted to continue racing in the Life Time Grand prix which meant I wanted to return Texas so their actions were directed at Texas to prevent me from returning there or really anywhere else other than Alabama, that this plan was built on, so note I think free choice of fourm is readily available due to their actions effects on all states)

1. This Court has subject-matter jurisdiction over this action pursuant to diversity jurisdiction which allows federal courts to hear cases where the parties are citizens of different states and the amount in controversy is more than $75,000, and federal question jurisdiction which allows federal courts to hear cases that involve a violation of federal law or the Constitution. Within this complaint there is described a federal conspiracy[11] to violate the equal protection clause under 42 U.S. Code § 1983 based off inferior genetic information, various other torts in conspiracy, and Sherman Act Claims. The Court has personal jurisdiction over defendants in this action under the Calder effects test, as the intentional conduct of all defendants has resulted in acts aimed at Texas and all other states for some with knowledge possessed by the defendants who as facts show as a group knew the act would likely cause harm in the state, in preventing me from returning as I made clear to them that

---

[11] https://crsreports.congress.gov/product/pdf/R/R41223/12 (last visited Jan 30, 2024).

it was my goal and other actions indicate their awareness of that fact, as well as all other states in the United States.

2. The Court also has personal jurisdiction over Defendants in this action because all Defendants have sufficient minimum contacts with the States to satisfy its long-arm statute. In other words the defendants must have "purposefully availed" themselves of the privilege of conducting activities within Texas which they all have related to this complaint, meaning they intentionally engaged in actions that could reasonably lead to being sued in the state considering all the facts listed in this complaint. Note that this is true considering my desire to live in the state since I was interested in racing my bike in the Life Time Grand Prix and since it provided the most convenient location to do so minimizing travel and time spent away from home as it is centrally located to all events as well as all other statements I made to them including those listed in this complaint that is the case. Therefore, the Court's exercise of personal jurisdiction over all defendants would not offend traditional notions of fairness under the U.S. Constitution or its due process clause.

3. Venue is proper in the United States District Court for the Western District of Texas where this is filed and where a substantial part of the events giving rise to the claim occurred[12] and unlawful conduct was directed at me while I was located in the state until August/September 2023, under 28 U.S.C. § 1391. and shortly after to prevent me from returning to the state or even leaving the

---

[12]https://crsreports.congress.gov/product/pdf/LSB/LSB10856#:~:text=By%20default%2C%20 venue%20for%20federal,of%20the%20action%20is%20situated.%E2%80%9D (last visited 2/1/2025

36

State of Alabama ever again which establishes venue in all other states since the conduct was directed to prevent me from entering them and effects in all other states.

## FACTUAL ALLEGATIONS

1. U.S government: Just obviously covering up the cause of Havana Syndrome, committing fraud through their actions and negligent omissions, on the American people then reversing course when it was clear that the evidence of this complaint would hit them square in the face and make possibly them, and their electorate, feel the need to conjure black eyes as a result of commiting fraud on the American People. Weird things happening recently that I will describe as I see fit, may be to intimidate the U.S. Government and other parties since it actually resulted in death. However you can not actually make this assumption due to the blatant unenforceability of easily excitable electrons and the fact that they cannot be tracked. Instead the events point to the personal responsibility of the electorate to prevent deaths as well as economic waste. Contributing to this belief is the fact that FCPA violations at TechnipFMC were just so obviously widespread that letting low level employees take responsibility for the actions that were surely at least motivated by incentives created by higher level executives (see facts much later that indicate this) and also probably directed by high level executives at the company given the events took place at corporate headquarters, despite it being the usual course of FCPA violations because in this instance it could have prevented the funding of the machine that prints money for the Russian

War Machine in U.S. capital markets. Also the decision of the SEC to not investigate more widespread fraud at Forum Energy Technologies earlier also indicates the U.S.'s desire more generally to allow major U.S. institutions to commit fraud on the American public when the fraud that is reported could easily occur again through the actions of certain partners again and which could unravel in a future recession/depression.

2. As well as local government. Note also laws that changed including EMS surprise billing in Austin which would have helped me avoid hitting my deductible but was not yet effective but was passed at the time. Also the alert system for mass shooters <u>after</u> I ran face to face with the most notorious mass shooter in Texas history since the bank robbers of days gone by, indicating that I was being put in very dangerous situations with little support from the U.S. government.

3. I can say that the US. negligently, through their actions and omissions, covered up the cause of Havana Syndrome, because of popular media, the timing of my tips to many defendants involved, their lack of action which probably resulted in me losing my leg unexplainably, how long quantum physics has been around, and how it is reflected in the original explanation an EMG ray gun. All while not being able to voice a public opinion that would not be covered up involving major institutions in the U.S. were allowing the funding of the infrastructure that prints money for the Russian War March that puts up a pile of bodies.

4. With the intended result of wasting taxpayer money to fund a war that might not have been fought should this information committing fraud on the U.S. people, with my specific knowledge since Havana Syndrome began right at the time that discussions were being held in January 2016 that would place me on the PwC audit team of TechnipFMC which funded the Russian War Machine that put up a pile of bodies. Note: Joy Davis a Johns Hopkins OBGYN resident told me once that in relation to an ex-bf in highschool that died in a boating accident that her best friend's dad who worked at Exxon had been "dumping bodies for years". Note that Claire's dad had been working at Exxon for a long time and Claire's now husband works at Tesla, where wannabe Nazis that are hired by Elon Musk are put in high place by fake Hitler, Donald Trump. I also think I saw her husband, Danny, at Shakespeares the night I suffered a TBI in early January 2023. Did he scramble in white mystery van to get there.

5. Also important to this is the situations' ridiculousness since people talk about the pagan hedonistic practices of super rankin' special feelers in the DKE death star at the Univ. of Alabama that talk about Goat sexual practices that they said they act on and was clearly evident to me based on the totality of the specifically measurable beaty characteristics of both parties that I was aware of (- note but I do not think names are relevant, a true beauty score determined with scientific and exact measurements might be, and they will not be included in the eventual complaint but conversation indicates that actions were taken based on the DKE goat. Also a true beauty score would be a funny

use of experts, or me since I will probably need to stay in a shelter to conduct this trial, to prove a "jedi mind trick" )

6.  Although note that in general and post college, a "jedi mind trick' that some discuss is clearly evident with DKEs in general marriage outcomes post college with a strange disparity in beauty score outcome measures. We could spend a day talking about what is beauty and specifically measuring it based on the physical measures of beauty and feature displacement - could note funnily the similarity for some such as Dustin Davis in our pledge class at EX (for the honor of my sisttteerrr - see historic duel in DKE lore such Duelers Ball for DKEs) where a small featured Bumble repressed boy has probably achieved a similar rating score disparity.

7. Also note that Stranger Things and plenty of other popular media like Star Wars and The Twilight Zone is so similar and how in this instance people would love to paint me or others as demons when they are clearly trying to dislodge the grip on power of Christianity, so similar to Big Tobacco, and other major U.S. institutions in that it has allowed the funding of the Russian War Machine in U.S. capital markets by super rankin' special feelers. Note that Christianity in America is like big tobacco in days gone by.

8. The U.S. government is also aligned with many other parties in a federal conspiracy[13] with many defendants and parties to this civil suit with serious secrets regarding a long list of federal offenses, which the circumstances listed in this complaint indicates that all defendants acted while intending the results that they seen it before and obtained while engaged in a plot with the U.S.

---

[13] https://crsreports.congress.gov/product/pdf/R/R41223/12 (last visited Jan 29, 2024).

government to thwart government investigations through intimidation, harassment and substantively attempt murder (with others that are well known in previous official government records over a number of years that I have turned into the government since Havana Syndrome began being investigated publicly, with tips from the U.S. public in 2021 right around the time that my symptoms related to Havana Syndrome began when I texted my EX-GF Joy Davis a Johns Hopkins OBGYN resident).There is probative and relevant evidence of this in the situations I faced along with those at Forum Energy Technologies faced from a group of "financial wizards" (spoken by the head of internal audit at the time himself when speaking very generally about the executive's/control group's reputation and not this specific allegation) like hit and runs that client employees faced while road biking which may have dissuaded them from reporting earlier because their ribs were broken as well as convenient deaths and unexplainable health symptoms of other. Note that the U.S. government's negligence in the supervision of employees is reflected in the Claims for Relief Section **Count One.**

8. **Count Two** PwC in a simple conspiracy with the U.S. government and other Big Four firms to defraud the American public through price controls using the anticompetitive effects of national policy to establish a monopoly with exclusionary conduct, price fixing and bid rigging with clear effects to the ordinary investor. It is clear from the Big Four's reputation and place in the market they project unrivaled monopolistic power. The anti-competitive effects

41

raise the cost of investing for consumers and stifle innovation which ultimately accomplishes the same thing.[14]

9. In addition, PwC's conduct demonstrates how exclusionary conduct has become perpetuated by the U.S. government resulting in the pressure that is put on partners by the public companies that their book of business is built on.[15] As well as how PwC has established in public markets, market power, barriers to entry, network effects, and the potential for harm to smaller competitors resulting in negative effects in terms of disclosures for ordinary investors.[16] In addition, actions under the Obama and Biden administration (possibly greater obfuscation happened during the first Trump administration as I would expect) shows that the U.S. government has perpetuated the Big Four's market positioning through national policy that establishes price controls for wages of auditors (see discussion later in Sherman Act section) which has not attempted to reduce the anticompetitive effects of a few large firms and also puts pressure on staff increasing the chance of bid rigging and

---

[14] Anticompetitive Practices, FED. TRADE COMMISSION, https://www.ftc.gov/enforcement/anticompetitivepractices (last visited Mar. 31, 2022). Anticompetitive practices are those likely to lead to a reduction in competition, higher prices, and less innovation and "include activities like price fixing, group boycotts, and exclusionary exclusive dealing contracts or trade association rules . . . ." Id. From here Page 4 https://digitalcommons.pepperdine.edu/cgi/viewcontent.cgi?article=1690&context=naalj

[15] Antitrust Reform and Big Tech Firms, CONGRESSIONAL RESEARCH SERVICE, https://crsreports.congress.gov/product/pdf/R/R46875#:~:text=of%20its%20fulfillment%20services%2C%20hindering,treatment%20of%20its%20proprietary%20apps (last visited Jan 28, 2024).

[16] Id. Note the HHI factor which would indicate the anti competitiveness of auditing for large companies as well as other cases like with ferries where geographic (in this case the specific market for large public companies among large companies) positioning may dissuade the U.S. government from taking on the role of a public utility regulator. https://www.justice.gov/archives/atr/monopoly-power-and-market-power-antitrust-law (last visited Jan 28, 2024).

price fixing that resulted in damages to me through their actions and should be punitively punished so it does not occur. [17] Put more simply, common sense (not that common but very reasonable for those similarly situated) could have been used to regulate public company auditors without forcing the U.S. government to take on the role of a public utility regulator that approves rates. Also the proposed PCAOB and SEC rules for disclosure of engagement and staff utilization metrics should be adopted to allow disclosure of increased comparable and consistent information provided to investors which would allow ordinary investors to be aware of situations on Big Four clients like Forum Energy Technologies, which would most always escape PCAOB scrutiny, and it would allow ordinary investors to be more likely to hold these companies accountable or even blow the whistle with increased opportunity due to the disclosures to be able to find such situations.[18]

10.   Future proposals should be considered such as as .5% tax on market value prorated over ownership the full 365 days in year, which should be coupled with fees from the client, including things such as overbilling that are usually related to

_____

[17] The Birmingham market-rate salary for public company auditors (probably very near the lowest at the time in all Big Four markets) was slightly higher than the wage limit set for time and half pay for overtime workers in all industries during the Obama Administration. A very clear instance where national policy was clearly set to contribute to pressure put on staff to work extraordinary amounts of time and not be paid for the additional hours worked over a normal work week. Clearly reducing audit quality for ordinary investors https://www.pbs.org/newshour/economy/obama-administration-extends-overtime-protections-to-4-2-million-workers. A new rule was proposed during the Biden Administration that would have probably would have accomplished the same thing, but I was not as knowledgeable about salaries at the time so I cannot say the same thing with absolute certainty (last visited Jan 28, 2024).

[18] (Release No. 34-101724; File No. PCAOB-2024-06), SECURITIES AND EXCHANGE COMMISSION, https://www.sec.gov/files/rules/pcaob/2024/34-101724.pdf (last visited Jan 28, 2024).

poor client behaviours and obstruction that established Sherman Act Claims as well as damages to me that should be punitively punished. To the best of my knowledge it would have covered the auditing fees of the Forum Energy technologies and other jobs such as TechnipFMC, and had these proposal been enacted they would have reduced the incentive for PwC partners to cave into client demands in certain situations and for clients to run up the bill with fraudulent actions unnecessarily.

11.  **Count Five** Act: PwC harassment that under Texas Lawto be illegal, the conduct must have been either severe (meaning very serious) or pervasive (meaning that it occurred frequently) and in this case both occurred (see facts bulleted below) and must have been related to inferior genetic information which they could have obtained through a physical that I received when joining PwC as an auditor in 2017 as well as through the knowledge gained, and demonstrated in their obvious actions to put me under undue pressure resulting in less than optimal results for clients and generally just result in waste that should have been foreseeable and caused by something because it was so evident to me.[19] Also I had a disability that was clear to everyone I worked with and I should have been given a bit more leeway since professional bikers do not get CTE. Their actions resulted in hostile conditions in the workplace due to a clear differences in genetic information and expectations in hours that I would work upon starting based on lifestyle preferences as well as due to my disabilities, from the partner who I worked in Dallas just like the brother of a member of the audit team who

---

[19] https://www.eeoc.gov/statutes/title-vii-civil-rights-act-1964. *Also see https://www.eeoc.gov/genetic-information-discrimination#:~:text=Title%20II%20of%20the%20Genetic,genetic%20information%20in%20health%20insurance.*(last visited Jan 28, 2024).

44

was an audit partner for private equity in Dallas and just like Walter the partner I worked with in private equity tax. He hired me stating that he only worked 50-60 hours during the busy season and that it was his expectation that I would be able to compete and train for the Life Time Grand Prix based upon information known to him through significant experience working with those involved at PwC. Contributing to my belief that expectations that should have been clearly communicated to me and actions consituiting harassment, led to an unfair rating based on conversations I had with those involved in the process on several occasions with Tyler and Kevin, my early exit after 6-7 months due to unfair working conditions and a hostile environment created by little pale boys with superior genetic information and led to my early dismissal which was followed by an explainable femoral artery clot (THC balm is not Krokodil unlike what fancy world travelin' snake oil salesman may claim in the future because then they are just justifying total initimatdion, repression and justification just like Christanity as the big tobacco companies of days past ) which preceded a TBI which occurred when I started and if you think this was due to losing control of my body your just being a dumb dog because marijuana is not a medically acceptable reason to lose control of your body in obviously bad situations unlike some other hardcore drugs more generally(other than a yet to be discovered reason for an unexplainable femoral artery clot when it was clearly based on weird clotting hormones based off my cortisol, clotting time, platelet count, plaque and glycerides levels that was clearly evidenced in my hospital record both before admission at Internal Mediciane specialists and after at Brookwood then UAB all

45

while doctors at CVA, Brookwood Health Systems and UAB claimed that it was due to a "genetic condition yet to be discovered" eventually since that was the only possible option remaining and it had to be something). Clearly harassment by employees based on inferior genetic information to Mormon boys that let Joseph Smith take the wheel(or as they probably would like for me to believe doing things based off what their wife's friends who don't talk to them anymore think they should do, by treating them differently) like Kevin and other ones like Mathew conjuring reasons to hold me accountable to false expectations.

1. Not working all night and afternoon after the office closed early on memorial day the year I got a TBI in 2023. When the airplane that I was on did not have Wi-fi for the first and only time that year when I needed to work on my flight back to home to my house, the previous few deadlines for the client had been moved back a few days not as a result of any work I did or even related to it, and since it was the Friday before Memorial day in 2023, I thought I could work late into the night after spending the previous about four hours with my family to celebrate Memorial Day the year I received a TBI and still turn in the finished estimate to the client's investors with no impact to them unless the investors or client employees were going to be sitting around the Saturday before Memorial Day on pins and needles waiting for tax documents. It is important to note that my work as usual at PwC turned in a few days before it was even due and Kevin did not even start reviewing it until about 12pm that Friday right before I got on my second

flight, all during which he would have liked to had me sit there all afternoon and evening. Indicating to me harassment at work based on at least disability that was well known to them because of our previous discussions and harassment based on false expectations as well as inferior genetic information that all created a hostile condition in the workplace. In addition it indicates PwC actions/harassment as part of a federal conspiracy to harass and intimidate me from reporting information because I had a follow up conversation with the PCAOB about a tip I had put into the SEC a few weeks prior on May, 8 2023, and It had also notably been outstanding when I suffered a TBI, following communications with the SEC about the tip and a failed ethics complaint against some of the Austin Police Department Officers, both of which were filed by me in October-November 2023.

2. A few weeks preceding this, a conversation with Parick and others who worked in the office about scary mommies and daddies which preceded the way I was treated as listed above and after. Note also a few weeks after memorial day in June, I had a conversation with all the associates that I worked with except maybe the one from San Antonio where I discussed scary mommies daddies in Houston in relation to tips that were being sought from the local government about how bodies were turning up in Lake Austin. I also discussed such things with most people at PwC and believe it or not some were aware of scary mommies and daddies in Houston. The fact that this occurred, previous conversations

47

I had had with others, and how they treated me afterwards indicated to me that they were widely discussed in Houston was one of the major reasons that the Chinese Consulate was closed after the Havana Syndrome saga in the federal government see negligent supervision claim for the executive branch of those involved in Disaster Response, Federal Affairs and Trade Policy. Not important to this claim, but the timing of the closing of the Chinese Consulate in Houston as well as an obfuscation of the full disclosure for the reasons why it occurred indicates to me why allowing sovereign immunity for the local and federal governments would not be consistent with traditional notions of fairness under the U.S. Constitution or its due process clause as well as the original intent of the founders to form a democracy and not a fascist regime.

3. A change in the 199A FN, for one client in late July early August with Kevin and while we were working on extensions, that I was right about originally when I split it up upon originally asking Kevin to confirm at the start because I thought it would easier for them to fix by themselves than the other way in addition to providing more information to investors. Then I was chastised for not being there the whole next day to fix the change that Kevin had confirmed with me originally and this occurred probably because I went for a two to three hour bike ride that day during the afternoon around 3-3:30pm. Note this also it would have only taken a few presentation entries in the accounting software and a

few lines of code to fix in HTML. As I did on other days ( some admittedly longer than others, but it also included a trip to the grocery store and eating) around Austin at 3-3:30pm, or right around then, so that I could be back and working between 6-7, also grabbing groceries and eating while working later, when an associate was waiting for help that she did not communicate until after I left, and I was then told to change behaviour by Tyler which contributed to my decision to leave.

4. Then being harassed and told to change behaviour because I did not want to work all day on the last deadline day in August because we just got done with a morning meeting, nothing extra was assigned to me but I did make mistakes because I did not consider sourcing most of which would have required extensive client information through tax planning conducted during the year that was generally provided above at least the manager level, which might have not been explicitly made clear to me that I should think about, and was told to change behaviour also because we had to fix sourcing at the last second when to the best of my memory no one clearly communicated to me that it was a major issue that needed to be looked at in advance of the deadline. That same day the forecast had afternoon thunderstorms in Colorado and since because hair thinning mormons that follow god to Utah by letting Joseph Smith take the wheel, treat certain people a certain way - with harassment, based on their genetic information that puts them at the tippity top of the trailer park in America. Note that this could be the

49

same general playbook that PwC uses to put staff with inferior genetic information to achieve the results clients expect from a wannabe group of lawyers that are put under pressure because of salary and the monopoly that is established by American oligarchs in the monopoly that is the Big Bour.

5. These are faithfully and completely the all of the reasons that I felt I was harassed at PwC with the intent to intimidate me and probably also conjure black eyes that would negatively affect my character should the information that I am reporting in this complaint come to light, along with being anything that would have come up in an employee review which frustrated me greatly and due to the hostile environment that was well lodged, and I did not think it would change. Since I refuse to associate myself with middling results with a long history of over achievement, and I had been extensively harassed in Austin including at my apartment building which constantly made me feel unsafe and that the use self defense, including deadly based on what had happened previously with a large Tundra heading my direction, may be necessary, all while I called the Austin Police Department, Sheriff's Office and 311 who made the decision to not take any action a day after July 4th when I reported it while out of town, just like all other police departments during this episode. As a result, I decided to leave the firm in August because of the conspiracy to commit harassment from many defendants that would affect my consistent history of over-achievement

50

after the events described in bullet points below and in this one because I felt like my life was in danger in Austin, the reporting of which to some recruiters after, including Google LLM, led to me not receiving any further contact from them after I reported and wanted to return to Austin, note this was before my admission to the hospital. Note as discussed previously I called while out of town and described what had happened at my apartment building and in other places, and 311 finally did admit that the activities at my apartment building sounded like a noise complaint since it occurred after quiet hours from the actions of my neighbor along with a lack of appropriate action by the front office of Greystone Investors waking me up in the middle of the night after 1am regularly. Note that even with this admission from 311 my complaint to the Austin Police Department and to the Sheriff's office did absolutely nothing and the Travis County attorney said that they only take the cases the police hand over to them, demonstrating their participation in this conspiracy as well.

6. Please note also how things could have been directed at me just like the FBI's clear dismissal of any complaint I made and blatantly, including hanging up the phone on me in Jacksonville, FL on January 22, 2025, of which I faithfully described in a recording emailed to myself on January 23, 2025 all to obstruct and waste my time for the only reason that girls are with donut eatin' boys that sit on their belly eating

doughnuts and throwin' high blood pressure hypertensed temper tantrums for mommies and daddies morals that empower their police power in the first place (see also discussion on why I think sovereign immunity should be waived where the same set of actions in relation to the FBI due to negligent actions to hire and supervise employees related to this complaint and as incorporated here for claims against the executive branch. What else is there about those little heart sensitive boys, those boys though, in the first place. Probably because of Ray Ban wearing boys like Josh Norris who are married to one of the prominent disaster delulu girls from the clearance/fire sale merchandise featured in the behind the scenes wild park ride that provided to me a behind the scenes look at the everything must go Pi Phi discount rate whorehouse at Alabama. And as was true in post-civil war Dogey City, Kansas, where there were more gun totin' boys and whores than anywhere else per capita. Note I then suffered an unexplainable femoral artery clot while taking a few months off to ride my bike exclusively in the Life Time Grand Prix and focus on that since it was a priority of mine, and I experienced newly longlasting bipolar symptoms for hours on end laying in my bed just trying to sleep contributing to a state that represented mental incapacity (note apparently this occurred too while in the hospital, and I was under significant sedation due to the TBI) as well as a completely unexplainable femoral artery clot since I biked between 5-6k miles that year.

1. **Count Four** Greystone Investors: Claims for negligent hiring and supervision[20] of employees in conspiracy to commit criminal harassment and intentional nuisance that substantially interfered with my use and enjoyment of my property[21] as a result of their actions and omissions to act. Several PwC employees lived here. Note that the absolutely ridiculous effects on my body none of which were realistic considering my general disposition and physical shape that were caused directly by people intimidating and harassing me by showing that frail little pale boys can do whatever they want and which surely led to highly unreasonable effects as it prevented me from receiving the proper support and a safe place to pursue a claims related to the funding of the Russian War Machine in U.S. capital markets.

2. Ask medical expert Aunt Cathy and the rest of the aspiring asshats among the dumb over-makeuped girls of flippy hair boys at middling jobs in Alabama that they are close friends with and she'll say "she's seen it before" and can tell you all about the ordinary sensibilities that are all simple minded boys, like trailer trash heroes from Selma, and girls know and THAT MATTERRRSS in ALABAMA. Latin for it means Cane's comforted backwards asshats might be disadvantaged by everything not being to their Canes comforted convenience and the devil's weed is inconsistent with everything simple minded boys and girls know and that which is expounded by the tippity top of the trailer park at Briarwood Christian School. After all why else would you spend tens of

---

[20] THI of Tex. at Lubbock I, LLC v. Perea, 329 S.W.3d 548, 573 (Tex. App.—Amarillo 2010, pet. denied); LaBella v. Charlie Thomas, Inc., 942 S.W.2d 127, 137 (Tex. App.--Amarillo 1997, writ denied).

[21] Crosstex North Texas Pipeline, L.P. n/k/a Enlink North Texas Pipeline LP v. Gardiner

thousands of dollars on a private school education and an ACT score only 3 points above the score of the average of all public schools in Alabama at the time unless you drink the kool-aid allotted like the will of God in fascist regime at the tippity tip of the trailer park. See further in bullet points below why such actions of all parties at issue were an intentional nuisance justifying what dumb girls and baby lookin' boys want to squeal about.

3. See more below for how I think that is true and note that it is obvious to me that my lifestyle and personal choices that although hair thinin' boys like Steven Bria may find to be substance abuse because it is against the mommies and daddies morals that justify genetic cleaning in Alabama, the values of some Christians that have the exactly same unreasonable effect of Big Tobacco and are the things his practice as a true medical professional are built on, and finally what some wrinkly hairy girls think I was just clinging to like the baby lookin' boys that cling to them (i.e. bike riding outside justifying the unexplainable weird clotting hormones for a short period time - generated by wavy hands approach to the hash slinging slasher from Spongebob, in Alabama) that need their help just like they needed to be taken care of by their mommies and daddies. All the above justifying their belief that I would be more predisposed to such symptoms than someone with ordinary sensibilities in Alabama which MATTEERRS and that somehow justifies their piggy little police powers, not true it is genetic condition that I do not have. Furthermore all of the above creates a reason for them to squeal like the pigs that they look like WHICH MATTTEEERRRSS in Alabama because the ordinary sensibilities

54

of middling boys and girls like them are all that they think is reasonable for the average person. Common sense clearly is not that common although reasonable to expect more from someone of ordinary sensibilities, incorporate this into every claim as a standard for what is reasonable and should be expected. Furthermore it is my belief someone with ordinary sensibilities as the average aspiring and reasonable asshat would have killed themselves and not even been here to report the funding of the Russian War Machine in U.S. capital markets.

4. The elements of negligent hiring and supervision [22] have been cited before, and in case there was undoubtedly a duty to properly train and supervise employees in the building on how to avoid situations that involved harassment by employees and residents of the building. It is clear that the duty was violated by the actions of the front office staff which amounted to me as neglect of their duty and lack of proper training from Greystone investors on how to deal with such situations. In addition, the manager of the front office staff Lisa moved to another building while these events were taking place which indicates to me that she was at least uncomfortable with what was happening at the building or was aware of a total breach of duty and felt that for her own safety, liability and career continuation with Greystone Investors she should leave. See the claims sections for a brief statement on why it is clear to me that the employer's breach of that duty proximately caused damages to me, the plaintiff and further facts below.

---

[22] THI of Tex. at Lubbock I, LLC v. Perea, 329 S.W.3d 548, 573 (Tex. App.—Amarillo 2010, pet. denied); LaBella v. Charlie Thomas, Inc., 942 S.W.2d 127, 137 (Tex. App.--Amarillo 1997, writ denied).

5. I toured the apartment and where I ended up living shortly before moving to Austin. Everyone was very nice and friendly. The summer before moving in I did tell Ross at his bachelor party that my neighbors in Austin my 1L year were driving me crazy and my roommate Khang did tell me on several occasions that the one guy who was living there and drove me crazy did have anger problems which he tried to talk to him about.

6. After moving to Elan East owned by Greystone investors, my upstairs neighbor Zack (not sure if this spelling is right because he never told me his last name, but I will now use it throughout) did walk around loudly, and not at like 1:30-2:15 am as he did later after breaking up with Joy in the Fall and Spring of 2021-2022. I usually heard him talking on the phone through the vents (the other next door was female so it must have been him.)

7. The fall of 2020 during Halloween and around it, he stomped on the ground so loudly the walls were literally shaking and I ducked during class.

8. Once before breaking up with Joy in the Spring of 2021, she was visiting and Zack was walking around loudly I thought. I asked her while he was stomping around " does he sound angry to you?" She said "No", but she did go outside to the parking lot to work out the next day which I thought was weird because it was on the far end of the parking lot. We never spoke about it again because my door had been broken down in college and my room was upturned constantly with candy corn and other items which was extremely frustrating to me, but I was used to the experience of putting up with just about anything for three months.

9. I also talked to the front office to ask him to stop several times including before my encounter with the police where they did nothing about him after seeing him, and several other times that semester by phone and email. Instead of telling me it was "company policy" to let residents handle their own affairs they did literally nothing to my knowledge because it continued again and again. Note I did find out it was their policy only through spending time and speaking with Mckenzie who lived at the building, experienced the same issues, and ended up leaving a note on the other residents door.

10. After facing a lot of blowback from law enforcement when I went to knock on my neighbor's door, losing my job, and the apartment staff doing actually nothing about the source of the problem with my neighbors as well as the front office staff not providing any information about the actions they had taken if any which I doubt they even did, I stopped pursuing the matter.

11. **Count Six** Another example of assault which occurred, a civil assault when one person (the defendant Greystone Investors' [23] employee/ind contractor) intentionally made me (the plaintiff) reasonably fear imminent physical contact, criminal harassment (not a count) as well as negligent hiring and supervision related to letting someone work there who would do such things. In the middle of all this in the spring of 2022 After asking a resident, an oklahoma smokeshow among the cool people of the pool, of the building to coffee one day after running into her at the bus stop. While walking to the law school one saturday morning right before a paper was due next week, a maintenance man who was independent contractor or employee on his way to the apartment

---

[23] https://texaslawhelp.org/article/assault-and-battery (last visited 1/31/2205

building, I assume, since it was right next to the law school and along the road, rolled down the window with his white Toyota Tundra heading my direction and yelled "fuck you" at me.

12. I never told the office building for fear of reprisal due to their previous lack of actions and possible close connections there including to PwC or through special connection, and for the opportunity to leave should my neighbor keep stomping on my head while they did nothing about it. Zack never shook my walls or talked loudly into the phone to the point I could hear his conversation, while the situation was unfolding in the spring of 2022 indicating that he was taking action to avoid being listened to and that he was aware that he was doing something wrong, not through action of the front office staff I would assume due to "company policy". However he did usually continue to walk loudly and stomp, possibly playing with his dog after he stopped working around 1am -2:15am. Note later when my dad was woken up one night to the same thing, when I was in the hospital for a TBI, my dad asked the other neighbor if they had heard something and they said they heard nothing.

13. It did eventually result in me leaving the building and stopping working at PwC there. In addition, I did not want to work in an ESG practice that would have supported partners such as the ones mentioned in this complaint or deal with harassment at the building that made me feel like the use of self defense may be necessary (see evidence that I presented that I carried a rock after the incident with the maintenance man (as well as other possible run ins with him where if it was him(note it was the same make and color car) where he might

58

have almost hit one of my friends on our bikes and then stopped in the middle of the road to yell "fuck you" at us making it clear he did not really care about safety due to two blind turns there in both directions and intentionally stopping there to prove a point that he was not interested in safety. I did also contact the Travis County legal aid office, local police, the county attorney who said she could only handle the cases police forwarded to her, not even in this instance. So instead of continuing to work for PwC, I moved back to Birmingham unable to move somewhere more conveniently located in Texas to bike races due to all the defendants actions.

14. I was put under a tremendous amount of stress while I was in law school as a result of Greystone employees inactivity, acting just how they would in the ordinary course of their duties in the front office and felt unsafe carrying around a rock after I was yelled at by a maintenance man in case I needed to use it in self-defense. This significantly affected my grades, and subsequent job prospects upon leaving law school all contributing to damages that should be punitively punished.

15. **Count Seven:** Mr. Davis - Intentional Infliction of Emotional Distress[24]. Note Mr. Davis mentioned "he'd seen it before" with regards to someone who was walking by the road talking to voices when according to him it was smoking marijuana in December 2019 when I visited his house after fall of 1L. After I left PwC Mr. Davis took actions that amounted to criminal harassment in my mind (see more in bullet points below) with the intent to intimidate and spew a

---

[24]https://www.texasbar.com/AM/Template.cfm?Section=articles&Template=/CM/HTMLDisplay.cfm&ContentID=53955#:~:text=2d%20577%2C%20579%20(Tex.,proximately%20caused%20severe%20emotional%20distress.(last visited 1/30/2025)

plan that I and others are actually supposed to believe, taking actions to butt into a Title XI investigation conducted by Johns Hopkins and harass me multiple ways which is an extreme and outrageous thing to do, all for reporting dating violence to her institution and clearly to cause me severe emotional distress. All when the real reason was just to intimidate me from reporting this and justify how my body was about to be raped with an unexplainable femoral artery clot because people in Alabama were spewing pig speak like I was under stress because I was trying to race my bike rather than work. This impacted my career and economic prospects as it led to leaving the job since I had another harasser to deal with that distracted me from being able to competently perform my job, since it occurred while I was working there, or find another as well as other effects like me not being able to properly report it all affecting my career prospects.

16. Note Mr. Davis from Ohio and could be distantly or closely related to the Kellog Family of Ohio like Ms. Davis who was related to the Scripps Family that spells well. Could this situation be why that was obscured from me, since I did ask him once which he denied. As well as any danger that is well known but not talked about, like many other things in this situation. The Kelloggs are an offshoot of the Scripps family that own the La Jolla Beach Club and were closely related to her. Was him marrying her a way for him to obscure that from others? Note I did ask him once after a Kellog commercial I watched once that showed the HQ in Ohio and since he was married to a member of a well known family. He said no.

17. While working at PwC and while he thought I was in Austin I faced harassment from Mr. Davis ( who is married to a member of the Scripps Family distantly), and I later called the Vestavia Hills Police department who did nothing like they did when my mom directly harassed/civilly assaulted me later because in this instance, Mr. Davis contacted my parents with a frivolous legal threat which he instructed they communicate to me.

18. Note it is my belief that taking actions that were a frivolous legal threat would have left an attorney even the tippity top of super rankin special feelers and head case theorists who are stealin' ( did from me once when she was a strugglin' artist) easily excitable electroned head case theorists at Davis Polk Rule 11ed and looking like the total idiots they seem like to me, that thought I actually wanted to win my ex-gf back from Jabba the Hut or the latest hippo on the safari of discount odds and ends. Note we are well into the trap (song from Star Wars, with a plan to the deathstar I am still in search for)

19. Mr. Davis also instructed my to tell me to never talk to Joy Davis again which should have been relayed from her and is harassment in of itself for him to tell me what to do when contacting her according to the police I spoke to that day. Since he cannot tell me to do that unless he has her permission which he did not mention, and I'm sure they'd love to lie about it in hindsight just like everything else they probably will. Note also after pursuing the Title IX complaint she explained to the Johns Hopkins Office of Institutional Equity that she had not dated anyone else, which indicates to me that the desire to not talk to her again came from him and not her and that she felt the option was

open. This was also reflected in the texts between us which were admittedly very ambiguous. After, I sent her some cookies and she laughed at a Buddy the elf thing singer thing earlier that I never did.

20. However the police said much to my dislike, although they may be correct it just seems absurd to me that what they said is the state of the law or how they interpreted it (see later with my mom's civil assault and harassment that has made me feel quite unsafe and which they refused to create any record of or do anything about) and frankly I don't have time to promulgate every rule of law involved in this complaint and interpret it due to the pressure I have been put in, and since Mr. Davis called my parents and instructed them to communicate his harassment to me, stating that I could not press charges which to me is just total pig speak from Rayban wearing boys as part of scrambling the mystery van for a greater plan or purpose. Note my parents did not want to press charges because they did not perceive it as a threat, huh. Everyone's total lack of any common sense (not that common and probably there other reasons it was said) prevented any of this coming to light earlier, including other harassment in a trial setting or with criminal charges attached and I'm sure justified dumb girls in Alabama into thinking that I was just crazy a total limiter to my career prospect based on what has ocurred, and that there was nothing weird about me having an unexplainable femoral artery clot after this all occurred. Unexplainable unless you accept that it is some weird "genetic condition" that doctors have no knowledge of and which led me to file this complaint since I imagined how my death would appear. A truly wavy

hands approach to doing no harm with your medical education brought to you by medical schools everywhere.

21. After this, I was inflicted with along with other new diagnosis that had just recently made sense to Steven Bria at Alabama Psychiatry even when he recently read my manifesto (I'm sure he thought about my book titled Crime, Punishment and Justice and decided that it must be mental health problems since he'd "seen it before'. This sometimes happens I guess when people talk about what jedis, wizards and witches do in Alabama because sometimes people do not have secrets, and weird stuff probably does not happen to most people when it does not make sense. Instead of calling the police because "take medicine" as the police also said later when my mom harassed/civilly assaulted me (including my brother after one football game when my mom later said "I wanted to exit a moving car" (which also makes no damn sense and is probably cause he ran into or came into close contact a little pale boy like Quinn Meineke that day communicating the way super rankin' special feeler do, while doing the lord's work in the community and why girls are with little boys that are afraid to put there name behind the scary things they do in the first place). The Vestavia Hills Police Department notably even refused to even talk to my mom after the incident involving her assault so that we could have avoided that situation in the future.

22. **Count Eight:** Alabama Psychiatry who employees Steven Bria who holds a very special piggy little police power should also be held accountable for

intentional infliction of emotional distress from exercising it[25] when his intentional extreme and outrageous conduct that proximately caused me damages all because of his actions, like other listed in this complaint taken justify what was happening to my body rather than call the police after he read my manifesto and cover it up like the friendly Mountain Brook Coroner Mr. Davis(no relation to listed earlier) I am sure would love to do since he goes to my church which operates like Big Tobacco of days gone by in Birmingham, and Steven Bria's actions to enforce mommies and daddies morals are described in greater detail below which contributes to my belief that the effects of all conduct would not have occurred but for his actions as they were all material factors in making what occurred believable to purposefully dub girls in Alabama and THAT MATTERRSS. The effects of which should have been foreseeable since he'd "see it before" and the effects of things that were happening to my body would surely have not have happened but for what his piggy little police power justifies in Alabama. All actions taken to not let people who break the laws of Alabama where I always wanted to live, be barred in, and pledge to not break the laws of (obviously sarcastic given my personal feeling towards the laws regarding police powers in Alabama), to claim total and permanent disability because I was using marijuana to thicken my blood brain barrier (considering it had been put at risk many times during this situation and use a few nicotine pouches to find a little extra mental clarity which increased my borderline hypoxic blood pressure due to biking in the low

---

[25]https://www.texasbar.com/AM/Template.cfm?Section=articles&Template=/CM/HTMLDisplay.cfm&ContentID=53955#:~:text=2d%20577%2C%20579%20(Tex.,proximately%20caused%20severe%20emotional%20distress. (last visited 1/30/2025)

90s, which could have helped dislodge any clots). Very important here is that zyn pouches increase blood pressure and make clots more likely to dislodge when they have been hormonally regulated. Unless it is predetermined based on what purposefully dumb barefoot neanderthals that respect human sacrifice believe. Note nothing else makes sense based off blood markers and clotting time. Absent only a quick activation and then lodging at a convenient place, see eye movements which opened them when going to sleep indicating muscle control which would also indicate that smooth muscle can be constricted as well selectively which I reported to him since I considered unexplainable muscle movement unbelievable at the time and should have been a reason to report what was happening me to the police. Note the resulting effect that could have on my unexplainable femoral artery clot to constrict blood flow.

23. This and all else demonstrated obvious bias. Note that even while in the hospital when I had already had a below knee amputation which turned into above the knee because there was probably too much remaining, Steven stated that he would see when I got out whether I qualified (note he probably wanted to require me from stopping using THC which is nowhere near the requirements (not anywhere near saying its okay to game the system by smoking marijuana on certain occasions to hear voices (which wouldn't be evident based off my genetics and to be fair could be gamed if you believe that - however marijuana alone seems especially bull considering there were no indication I was at genetic risk for paranoid schizophrenia, and it makes no

65

sense to justify it even though Steven Bria "SEEN IT BEFORE"  folks (pleaassse tell me about how witchcraft is acceptable in Alabama based off police power) considering what is medically provable, some Christianity is also big tobbaco in Alabama, and the drug test would have shown that there were no hardcore drugs (note that I think that a drug test submitted along with a total and permanent disability should be required to receive assitance from the federal goverment in situations when it might evidence willful use of drugs in order to claim asssistance, but it just seems especially bull to restrict my liberty to make medical decisons based off what dumb dogs in L rizz Alabama really believed got their baby boy to the tippity top of the trailer park anywa ) but considering I was racing my bike in the Life Time Grand Prix carefully while trying to avoid a brain bleed, concussion or clot beside the road (which had previously happened when I suffered a TBI and had avoided a brain bleed likely because I quit playing football in 10th grade without a concussion or symptoms, other than one stinger, while also using marijuana earlier in the day which all could have resulted in me having an especially hard head and avoiding a brain bleed) it just seems especially bull and justified the whole theory that I was very stressed out and under pressure when I was not considering loans were not yet due and the level of abnormal psychotic symptoms I had experienced including my eyes opening when I tried to bed which was nothing like the people who I saw lose control of their body in downtown Houston.

66

24. **Count Nine:** Johns Hokins w// Joy: negligent hiring and supervision and for contract torts that I might decide to add on amendment. I have promulgated the rule of law for negligent hiring and supervision many times in this complaint and see the facts below that have been appropriately listed as well as other patterns easily evident should satisfy every element. Note that me and Joy Davis formed a contract for her to "take care of me" at her apartment on the day of the Colonial Pipeline Shutdown when we made a plan to drive to Johns Hopkins, move her in, otherwise assist her in other tasks associated with the move, and implied in that was the continuing obligation to support her by the continuance/comfortable end of the relationship that would probably occur over the next several months, as it required previously, and supporting her since she was traumatized, according to her at least, and needed help with attachment to help end the relationship with the right ending which implied a continuing obligation to visit her and provide assistance over several months until she was comfortable in that situation as I had with every move she had made. The fact that it would occur over several months made it even more likely that it was a big move to a new place for her which she had not done since college, moving to Birmingham, when she experienced some problems.

25. Note she had never helped me move except in Houston (implied but unlisted humiliation and intentional infliction of emotional distress since I lost my leg due to an unexplainable femoral artery clot after reporting her for dating violence, which must have been well known to her I think and a reason to

67

continue the relationship since she would receive a free paid break during a stressful residency when I reported.

26. It also indicates to me that she had had a discussion with a Johns Hopkins world famous snake oil salesman or his son who was an IM resident at the time, Stephen I think since he popped up on my Facebook find friends. It would have provided a reason for Johns Hopkins to spit pig speak like she had only slapped me around (note not anyone else because that was important even though she had emotionally abused me for the entire 7 years), humiliated me I think based on substance, and otherwise had been a general intentional nuisance (non-listed tort claim but funny joke) in my life.

27. This also provides evidence to me that she was a goat of some form in pagan hedonistic rituals to people who would keep her secrets because that is what super rankin' special feelers do while promising to provide emotional support in return due to their special connection.

28. Note the probable similarity to the pattern of conduct in Joy's situation with conjured black eyes(can see in these facts as well in facts not listed in the complaint facts explicitly, yet that might be included if necessary) and of the PwC friendly office bearded travelin' goat (notably not as a widely talked in the office before the headline event occurred unlike the pagan hedonistic ritual with the DKE deathstar at Alabama)/partner who's activities without disclosure to his wife were the talk of the Houston gossip groups. Other untalked about activities by these people could have provided the incentives to do things that would become the talk of the town and possibly distract from other activities

68

that could have included the hand holdin' campfire smore roastin' inwardly focused cults (actually commonly talked and personally experienced about how you could go up to them, say something and they would actually say nothing to you and keep talking amongst themselves) that did visit his house before the Houston Rodeo, and they were frequently beggin' for the volume that hair gellin' up boys looking for extra volume in a some (unknown quantity greater than one) places provided. There were definitely some gellin' up and coke usin' boys looking for extra volume in some places in Joy's life in the past and probably when I was dating Ms. Jenny too, as I think now. In other words, this is the dating game where we all wonder who is the real Mr. Bubbles to Ms. Jenny? Whose activities were probably never fully disclosed to me.

29. Since because her brother was riding his bike or planning to the weekend we were moving I accepted the earlier talked about offer by telling her on the phone that I would help, and the writing was embodied in her email with the signature denoted by typing in her name and possibly also described in the email or subject line that it was the plane ticket that I told her I would accept (however I no longer have the email to confirm). The news of the Colonial Pipeline hit my phone and then she called me shortly after. Disaster Delulu girls a true embodiment.

30. My understanding, and I assumed hers as well, was that it would be as she normally did on many occasions, as a friend, along with how she was trained to do in the normal course of her duties at McGovern Med, since I was training to ride my bike in the Life Time Grand Prix, and she provided medical advice

on how to deal with certain ailments like a back cramp by taking an Epsom salt bath which she in particular enjoyed also. Important to note that this medical advice was provided just as she would at Johns Hopkins after concluding introductions since I was training and planning to ride my bike in the Life Time Grand Prix races as well as others such as Colin Strickland's (maybe look up and delete out of some respect to him) race which I signed up for and was not able to compete in since I broke my hand flipping down the road below Mt. Bonnel off the road at 35mph the day we officially decided to stop dating. The consideration provided was a plane ticket and mine was helping her move since I was trained as a professional mover. The performance was completed after the move in was completed and she was settled within a few months of her moving in. I was also trained in helping her feel comfortable in a new place as I had in the past.

31. **Count Ten:** Ms. Joy Davis, Intentional infliction of emotional distress[26]: telling me I was "crazy" for waiting to report this situation to the SEC and for other things that she learned in medical school which are not actually medically acceptable and indicate bias towards plans in the workplace which was also demonstrated to me at UAB later. The effects of which must have been foreseeable to her since her daddy had "seen it before" and "she learned about it in medical school" so surely what occurred to my body would not have happened but for what her and other defendants thought was believable.

---

[26]https://www.texasbar.com/AM/Template.cfm?Section=articles&Template=/CM/HTML Display. cfm&ContentID=53955#:~:text=2d%20577%2C%20579%20(Tex.,proximately%20caused%2 0severe%20emotional%20distress. (last visited 1/30/2025)

70

32. Note the importance throughout this situation of what people had said was believable then actually happening to me even though in most instances it was medically unexplainable and therefore extreme and outrageous for them to believe it let alone say it, and as in others extremely medically unlikely. However since they had "seen it before" and "learned about it in medical school" surely the effects and impacts were foreseeable and the evidence demonstrates that it probably would not have occurred to my body but for what they believed was possible.

33. For one example, I do not really feel ascribing a count to in this complaint because this should be someone else's job and I will not even probably be able to conduct adequate discovery for it due to the pressure I have been put in, involving emergency responders in Port St. Joe in December of 2021 that thought since I had heard voices as auditory hallucinations (and several times as premonitions before) like 5-20% of most of the world, I was a Schizophrenic or at genetic risk of becoming one (including Dustin Davis and this very well could have occurred through a special relationship he had established with Joy in my absence as an intern at PwC or earlier, also including those he or others listed who he was friends with, who could have filled him on the likely outcome of her dangerous and excitin' activities. Which meant to them it was substance abuse for me to use any marijuana.

34. Also note Ms. Davis said that smoking marijuana in the morning before riding my bike and at night around 9pm was substance abuse. "She learned it in medical school" folks which is just stupid, indicating she would provide the

same kind of medical advice in the normal course of her duties, and indicates bias as well or at least intent to inflict emotional distress normally performed in the ordinary course of her duties and as she was trained to do. All this when medical doctors who were trained in medical school like her had advised that this kind of usage was acceptable and helpful dealing with minor anxiety which I was diagnosed with and experienced at the time, my only mental health diagnosis although I am a historic pacer, like performing repetitive actions, and I am very easily distractible although obsessive and not compulsive. During all this I was diagnosed with severe depression (for thinking people wanted to kill me based on probative and relevant evidence according to someone in Austin who diagnosed me with it and then I felt the symptoms of it), severe anxiety, bipolar disorder (while doing nothing irrational or violent), and paranoid schizophrenia which contributed to what I suffered and the resulting damages.

35. Important to the tort is that I reported to Johns Hopkins her previous statements about a parent's friends committing crimes which benefited her,slapping me around on three occasion, lack of report of them, indicating her involvement in the conspiracy and they still hired her for her fellowship indicating that they were more than negligent in their hiring and supervision of employees.

36. **Count Eleven:** Austin Police Department - Intentional Infliction of Emotional Distress. This rule of law has been promulgated many times below and the facts below which are probative and relevant to it are marshalled to the extent I can at the moment with limited ability to pay for information that anyone can request, but I cannot due to the financial pressure I have been put in as a result of their actions. This count related to playing dumb to the pig plan that they scrambled for when I made it very evident to them the extent of what I was facing and along with dealing with my situation they could have at least talked to my neighbor who poked his head out the door while I was speaking with them. During the call and on police body cam footage that I have not been able to access because I have had difficulty finding a job while this was all going on, I told the police who arrived on the scene about the extent of noise complaint level harassment I had experienced. I even carried around a rock after to throw at someone in case they confronted me with harassment when the police did nothing about the harassment on this and other occasions. All making it clear that I was at least harassed because I felt that self defense was necessary. After poking his head out the door my neighbor then longboarded down the street with the Austin Police Department clearly not interested in doing something about the actual source of the issues I was facing which was obviously harassment and intimidation to me. (note this impacted job prospects clearly at Haynes and Boone, DLA Piper, and my ability to report this, damages and receive support doing so at all.)

73

37. **Count Twelve:** Intentional infliction of emotional distress  of employees at CVA and Brookwood Health Systems acting as they would in the ordinary course of their duties as part of a greater plan or purpose. Note this rule of law has been promulgated many times in this complaint and the facts which are probative and relevant to it have been marshalled below. I told the doctors upon checking in that the unexplainable health symptoms I was facing were clearly a result of hormonal regulation. Instead of suggesting that I seek treatment at a different hospital in a different state which had access to stents that released blood thinners which would have proved much more effective because my vessels closed shortly after the line to conduct cardio intervention was removed, instead I was effectively tortured for what was not the best medical treatment available. Also note, the suspicious timing of the introduction of such stents to UAB within the year after the event occurred and indicates other participation in this conspiracy or the directed suspicious introduction of medically unexplainable clots to my body given the health checkup I received at Internal Medicine Specialists before the event took place and while in the hospital. These decisions and communication should be discovered also.

38. **Count Thirteen:** Administration and congregation at Briarwood Christian School for negligent hiring and supervision of pastors and administrative staff most clearly resulting in restrictions on freedom of the press under the first amendment as well as violations of the 5th and fourteenth's due process clause resulting in violations as well of traditional notions of fair play and substantial justice to me and other that should be punished to upmost because

74

of the Briarwoodization of America today. A rule of law that has been promulgated many times in this complaint and the facts are marshalled to the extent I have knowledge of below with more that may become evident later. A classic situation of me coming to the nuisance where religion has hampered economic development around this here Briarwood Property as a vestige of racism which quite like in Nazi Germany could just been a justification for and a hiding of a variety of forms of genetic cleansing and led to members who are henchmen of dumb girls that read their Bible and Sparknotes like Dudley Albright, note ain't no man in Kansas going to kill Dudley Suggs, the Suggs sisters and little Eddie a true group of outlaws in post-civil war Kansas (funny quote from Lonesome Dove). As well as the Coopers for probably making statements which justified the unexplainable medical symptoms that were extreme and outrageous and if made with the intent to inflict emotional distress since they had probably "seen it before" and also indicating to me that the outcome of their actions, justifying it as they normally would, leads to foreseeable damages for them and contributing to but for causation. I think the lesson to be learned from them is to accept personal responsibility and not just pray for Jesus to scoop you up on the horse after the trials and tribulations and the second coming of Christ as a truly award winning girthy group as the wisdom of the crowds would determine.

39. Note my mom and Rachael Albright or Dudley for that matter had ever had been on a mission trip in their life at that point. Rachel Albright told me once although she had not at that point, she did the work of the lord in the

communitaaayyyy as truly missionary positioned pentecostal Presbyterian in this situation will have to deal with.

40. **Count Thirteen and Fourteen:** Vulcan Value Research's employees including Robert Smith, Jackson Knouse of Maynard Cooper, where Dave Cooper previously worked, with detailed information from his small featured sidekick Dustin Davis as well as Ross Kennedy all depending on the conversations they had that I have no knowledge of with a count of defamation, [27] regarding the situation that was intent on putting me in a position where I could not leave the state and return to Texas since this situation was built on what dumb dogs in Alabama believe based off the conversations we had previously and actions that I am not aware of. The facts marshaled below show that false statements, that were demonstrably false and presented as fact were communicated to a third party, either verbally or in writing with at least negligence, given my conversations about the harassment and infliction of emotional distress as well as other things that I was associated with and felt uncomfortable about at PwC, but also malice since usually one would there would be a stressor like MY secrets that would cause this situation Finally that the statements harmed the victim's reputation which is clearly demonstrated in the facts presented in this complaint.

41. Note that when I applied to a family office in Birmingham I likely did not make it through the first round because of the actions of the above listed parties. Note again when I messaged the Freshwater Land Trust about how I could

[27]https://rogerdavie.com/details/practice-area/defamation-libel-slander/#:~:text=Defamation%20occurs%20when%20one%20person.be%20verbal%20or%20non%2Dverbal.(Last visited 1/30/2025)

contribute to the vision and implementation of land acquisition and project design for a new trail system I received a notification from the family office which indicated to me that they looked at me again because of the email. All of this indicates to me that Robert Smith acting in the ordinary course of his duties with Vulcan Value Research as well as others earlier for other positions said that I was experiencing issues in my life because of a situation with mental health, substance abuse or something else that was medically related when I made this clear to him some of the facts in this complaint and others he was friends with several times before. Ross during his bachelor party, Robert Smith and Ross during December 2021 before I even started at DLA Piper, and Dustin Davis who was he in contact with or must have been because Dustin expressed knowledge of the issues I was experiencing without my prompting in March or April 2022 at the Meteor Cafe after I stopped working at DLA Piper because of the issues I was facing, including most materially harassment from listed defendants and notable parties. Note I never told DLA Piper the extent of the specific mental health diagnoses I was inflicted with as a result of a pig plan of intimidation, harassment, intentional infliction of emotional distress and other torts I was facing, mostly because there was a lack of a desire to hear about what happened so it had to be Ross or Robert Smith - unless they're going to play like dumb girls.

42. Also I believe that Robert had known for a long time that this was unfolding indicating that his dad, someone he was friends with or an aspiring member of the DKE death star that had participated in pagan hedonistic rituals. Maybe

also a small featured boy like Dustin Davis had given him a heads up that little

secure special protectors, gun totin' easily excitable boys, would have secrets

that need protectin' by such a secure group of socially awkward boys.

43. While I was working at Cadence Bank in the summer of 2016 on or shortly

before July 26, 2016, I received a call from Robert Smith who wanted access

to my amazon prime account for prime day, the only time he did so which

provided access to my Snapchat. No one else had been given access to any

of my passwords or computer other than Joy, and Joy probably did not have

the time to be interested in doing anything that would accomplish absolutely

nothing that she knew well because I was very open with her and she followed

me on snapchat the whole time. Since Robert had recently as within the past

two-three years prior to breaking up with Joy had gotten a snapchat he

probably would have had knowledge of why he would have been prepared to

take such actions, an incentive to protect the secrets of people that he had a

special relationship with, and therefore take intentional acts to cause emotional

distress with foreseeable results because after all him, his friends, and their

wives had likely "seen it before" like almost everyone else so the results of his

actions were foreseeable and a contributing but for cause considering the

result of other parties actions. In my mind It had to be him or someone that he

had a special connection with that hacked my account since I lost access

shortly after the end of my relationship with the typical self-important super

rankin' special feel. No secrets of anyone else on there either, with the result of

78

small featured boys and girls, probably just doing what wrinkly hairy girls in Alabama think is scary, like it's the lord's work in their communitaaay.

44. All of this occurred right after Jordan Artrip's wedding where a number of black eyes were conjured by a bunch of girls and boys, to me, and little baby lookin' boys described elsewhere in this document, and I left the room the next morning after Joy cried her poor fake (it is my belief although I cannot prove this because she probably constantly lied about this and said other weird things) little Ms. traumatized me heart out after her two friends left the room leaving the dangerous and exciting' things for boring Bumble repressed boys and girls open to her. I then left the room right after I woke up not saying a word to her and hoping that I really never would talk to her again with the total amount of black eyes she conjured and the abuse I had dealt with from the typical purposely dumb girl during college, just putting themselves first because their daddy would do the same, and that's what the bible says about love rather than not keeping a record of wrongs. Note Mr. Davis her dad was quick to say in response to my retort that the Bible says everything both ways and as a pastor who believes that christianity says homosexuality is a sin, he always has the prominent position to make his point well know to people that fill his coffers) and he thinks she's really special so I should too. However, I think that she must have had something to cover for or really believed that genetic cleansing was the lord's work of dangerous and excitin' super secret double agents like her because for some reason unexplainable to me she showed up at mother's day brunch, one of the last good memories with my

mom's adopted mom, when really I hoped she would not but I did not want to tell her that at the time because I felt bad as I usually did for Ms. Jenny gunning for the real Mr. Bubbles after her little Ms. traumatized me routine the previous night. All that provides a funny example, including the usual disinterest I showed towards self-important girls and their daddies, and it shows what they and gun totin' boys thinks about themselves.

45. Right around the time of breaking up with Joy, my grandmothers started hearing voices and both almost died from a fall. Note Joy never returned to Alabama after that day, other than the drive to Baltimore when the Colonial Pipeline outage occurred. A truly adventurous travelin' creature.

46. What's the incentive for Vulcan Value Research and others possibly at Maynard Cooper who I am not aware of because there are too many lawyers there to look through or discover as well as the possibility of a commitment to a past work relationship, which to me in this instance creates a special connection to keep each other secrets (see Dave leaving Balch and Bingham shortly before the superfund site incident), to put up with this kind of behaviour of its employees and participate in this conspiracy to intimidate and defame? Well maybe C.T. Fitzpatrick (1986, University of Alabama, B.S.) or Stephen Simmons, CFA (who appears to have received a B.S. from the University of Alabama in 1986 or earlier if we worked in between MBA and B.S. see link https://www.privatebank.citibank.com/pdf/adv/Flippin_ADV.pdf ) who both worked at Vulcan Value Research at the time I was writing this or other at Maynard Cooper, where little pale discount rate lawyers get dressed up every

80

day in suits might have knowledge of the theft of native american artifacts, returned with a suspicious timing in all these events in 2018 and again called for in 2021 when this began. Meaning that a lot of parties could have had knowledge of what the cumulative effects of these torts was supposed to accomplish, and many in Tuscaloosa in the greek system and otherwise had knowledge of the events that took place and making possible the opportunity that these secrets in the druid city were not well kept as usual and could be reported.  Note that I am only singling out the Greek system because it is a place where stories of lore are passed down; some secrets are kept, coordination in large groups in possible, and sacred; and human sacrifice must apparently be respected possibly as a price to pay for other secrets, particularly regarding pagan hedonistic practices of its members.

47. What makes this defamation and the opportunity his shared secrets provided all the more plausible is that Robert Smith had a difficult time finding a job in investment banking which he was well suited for due to his major, grades and participation in the Culverhouse Investment Management Group in college which was the premier investment club at the University of Alabama. He even made it very close (where exactly in the interview process I cannot remember but before super day in person interviews) to a position at Raymond James, and felt that it was weird that he did not receive the position or hear back from them positively about his interview. All while Matt Macia who was in the fraternity was dating Kevin Giddis' (the CIO of Raymond James at the time) daughter who was also quick to spout an opinion after I broke up with Joy, and

I moved on to exactly the type of relationship I was looking for, that implied to me that Caroline was talking about me and felt like I had not moved on from the relationship I had with Joy, for whatever reason probably someone she had a special connection or through their relationship with others, noting the possibility of a "gay chiropractor" (his words exactly) in south beach miami who had secrets. Robert however did find a position at Keybanc soon after his denial at Raymond James, and he did not struggle to my knowledge to find a position at Vulcan Value Research.

48. **Count Fifteen:** Weird stuff at Cherokee Bend in past and recently as well as intentional infliction of emotional distress from Mountain Brook Schools, including the school superintendent's office and the front desk girls at the high school through actions taken to totally dismiss any complaints I had made leading into this complaint, preventing my ability to trip up the DKE deathstar, and described in greater detail which was extremely outrageous considering that they involved a teacher who worked there that taught students and the effects of which should have surely been foreseeable by completely ignoring the illegal activities of teachers at home with surely foreseeable and but for negative consequence for their kids. But for causation is also clear as that was their intention in doing very little just like everyone else. Note I have promulgated the rule of law for negligent hiring and supervision as well as intentional infliction of emotional distress so many times by now in this complaint I believe it is no longer necessary, the facts of which are marshalled

below, and by which I believe the cause in fact and foreseeability of such conduct are obvious when it occurs.

49. Dr. May in who provided books including those involving quantum physics for kids to read, which I did as I had a 12th grade reading level in 5th according to ARM. Likely in an attempt to stifle my education which could have involved the weird possibly genetically cleansing practices/statement made by some of my family members to me, her husband fell off a ladder probably while cleaning gutters severely injuring himself while on the roof of their house and almost died while I was her student, and she fell severely injuring her eye on the 6 mile hike at Treemont that I sprained my ankle of at the start of or it could have occurred the year after (highly doubt but I would have been there to see), which may have helped me avoid me seeing what actually happened. Note also on Friday 1/24/25 when my dad drove back to Birmingham, while I was putting together the complaint on defendants like UAB and possible conversations that occurred there between the leader of the outdoor curriculum that had a tremendously positive impact on my life any many others, mom, and teaching assistants who worked there who were married to UAB doctors that demonstrated at least a pig-headed bias but probably a participation in a conspiracy to commit torts against me, Mr. H had a heart attack and died which could have covered up actual conversations since barefoot neanderthals like dumb girls like those at Briarwood always respect a human sacrifice or the possibility of which will shut them up and provide cover for them to lie about conversations they actually had. Note Mr. H said

something while I was a student there that I remember to this day. Memorable to me because I had a great uncle, Ralph who used to take me coon hunting who also died of a heart attack in first grade. Mr. H said while I was in 5th or 6th grade once, why I can't remember, but probably about the Coons he also hunted, raccoons are actually very clean animals, they will in fact wash a sugar cube in the river until there is nothing left. This all indicates to me there was more communication than the actual conversations I witnessed.

50. Also Ms. Amanda Hood and others who work at the school board right now are implicated in this complaint. Ms. Amada hood probably got her job because the previous principals hated covering up Ben Echols VP at Wells Fargo sexual harassment and not counseling me on it in the first place yelling "going to Vestavia to get a quick blow!!!" with a special little protector as a snaggle tooth boy in the middle of my morning math class who went to the elementary school where one of the wrinkly hair girls worked. What happens when boys with superior genetic information do dumb stuff time after time happened then too - see patterns I think are evident and that require fallmen. Like Sam Williams who did the same thing and in my mind harassed a guy through Facebook messenger fall of our freshman year when we were staying at the Sigma Chi house for the pledge weekend. Mainly because I was not counseled properly in high school, and I had to forcibly take his computer from him the next time to prevent Sam Williams from doing thing the same thing as Ben Echols a VP at Wells Fargo that counted on daddies and mommies always being there to make a safe place for him like little other boys in this.

Just an illustration how a plan can perpetuate harm and how rather than leaving the situation you should accept responsibility to do something about it.

51. Note also when I called Mountain Brook High School and the superintendent's office a few weeks after I did the first time and who I have yet to receive any kind of response from around 1/20/25-1/23/25 to report my mom's harassment, her other seemingly illegal activities to promote this as mental health related, including conversations with now office assistants at Brookwood Forest who she was best friends with in college and who probably participated with her and other members of the greek system that take part in pagan hedonistic activities in one of the largest Native artifact thefts in U.S. history and certainly Alabama history as they were juniors or seniors at the time - see pattern with Joy and the possibility of Jake Botcher's actions to cover a possible special connection/relationship. Noting the similarity of the time period when Jake Botcher ruined social activities for EX by hazing pledges with DKEs he was friends with, the same timeframe, and also when Joy started working overnight shifts at the hospital which both provided an opportunity and possible cover for her to participate in pagan hedonistic practices as a Presbyterian minister's daughter which she sold well as Ms. Jenny.

52. Also involved in a call to the high school at the end of January was Garner Lyon's a proud member of the DKE deathstar and origination of mentioning of a "jedi mind trick" whose cheating in chemistry on all tests should send him back to high school to learn about easily excitable electrons, I received a call

from the front office clerk who immediately hung up, showing that special feelers everywhere will do the bare minimum that is required of them now all in an attempt to repress me and conjure black eyes. Note that Garner is a big fan of Ram Dass a spiritualist, and I did like the Ram Dass quotes plastered in Austin that I posted to my instagram such as "be here now" the posting of which probably led to vandalism at my apartment building, other businesses and even the pulling of a fire alarm in early 2022.

53. All my actions listed here strategy in advance of a trial to trip up pig headed boys and girls in Mountain Brook and at Johns Hopkins who would love to cover up their participation in torts committed against me and provide ammo to those in super rankin' special feelin' members of white America who would love to assault my character after my possible death, considering all the facts listed in this complaint. And after which I suffered from unexplainable mental health symptoms.

54. **Count Sixteen:**Negligent hiring and supervision of fraternities and sororities at Alabama including Pi Phi, AOII, EX and DKE I have promulgated the rule of law many times for negligent hiring and supervision in this complaint and the evidence is marshalled below

55. DKE where something similar must have happened before so one would surely expect that past results would be foreseeable to have happened and which were likely widely talked about just like the DKE goat meaning that there was a duty to supervise non-employee under Boy Scout liability principles that was clearly breached; EX with Mr. Proctor's decision while in college to keep

me away from the executive board and appoint alumni likely in an attempt to keep me away from leadership positions, avoid generating discussions about people's including Joy's activities and promote alumni some of whom had broken the rules and continued to do so activities; sororities at Alabama such as Pi Phi and AOII where hedonistic paganistic activities as well as the illegal/rule breaking activities of members in the past and currently were discussed certainly at Pi Phi where Joy was elected to leadership positions such as Academic Chair and VP, whose list of secrets I just do not feel like discovering because they could involve the Alabama football team and well I do have some loyalty to them still after this because of what used to be a commitment to excellence and involve the career of those who did not benefit from NIL, which in my mind was just an exploitation of their body for the benefit of insiders in licensing as well as may become apparent upon facts discovered.

56. To keep things entertaining at this point facts that could be related to other torts that I might add upon amendment, involving fraud and conspiracy. Note because the claims have become lengthy at this point and additional claims might be necessary given the turn towards facism in our country, with the results especially apparent in Alabama with a negative birth rate, where pale boys allot the will of god like cows. Hopefully all of America is not Briarwoodized. Unlike communism where the cows are everybodies to share.

57. Related to negligent supervision and retainment of people who join organizations and probably actively participate in pagan hedonistic activities as

87

well as the connection to the possible connections in the media Kaitlyn Collins at CNN who had sources in the White House the day of the January 6th riot and who might have benefited due to a special connection she had with the DKE death star members like Jack Sewell.

58. Also something to note the DKE's had every accounting test from a few years prior when we were in the Accounting program at Alabama, per discussion with members of EX and while Garner was not in the accounting program there were many that were in the program. I know that the tests were received from a prior accounting TA, due to conversations with members of EX, probably due to some kind of "jedi mind trick".

59. Also by the actions of those of  Jake Botcher and Hall Lundbergh just to name a few mentionables that always put themselves first or if you believe it clients now, considering that J.H. Berry was willing to write him a hype article quite like the Texas Lawyer with John Ivascu), took actions just to implement me in DKE schemes of which I never took part and did try to talk my friends out of on multiple occasions including the first and just about every time they did things because it was stupid, not very helpful, and led to a total waste of time of time and resources.

60. I think it all just in an attempt to get me to do something that would silence me and put me under pressure, and funnily leading to what a dumb group of girls at Briarwood believe, that THC use alone not even considering nutrition, lifestyle factors, not checking the box on every fact listed on google, leading to the result that I need to take medicine for the rest of my life and very few

things I am not proud of before this episode can result in mental health symptoms that can physically maim your body and eventually kill you. All for dumb girls that expect their life to be to their Cane's comforted conveniences from building a layer of warmth that was a great excuse during their exciting and dangerous super regional trip to Cleveland at the same time as Robert at Keybanc, just to conjure a black eye and take the blame, in effect letting people dump your body for their secrets while my cousing is a very good scapegoat as the wisdom of crowds would indicate in county fair due to her girth.

61. Clearly it was a character and habit is indicated in the facts apparent to me, including those not listed in this complaint, for all short DKEd boys like Jack Sewell and frail little pale small featured EX baby boys that need their daddies help, that got them to where they are today.

62. In other news at Bass Pro Shops where I was working while working on this complaint and other fun things I did like taking an intermediary class in statistics before neural networks, guess what happened? A funny conversation described as follows: Ms. C she a real witch Ms. C, three you got it three of Santa's elves they quit in oooonnneee day. Note not even all of Brimingham is like Briarwood and Mountain Brook where people die if there is talk about witches. Draw whatever conclusions you feel like from that, and note the weird self-sacrificial ways of some people apparent to me. Where human sacrifice is sacred and a special thing that is respected.

### UNAVAILABILITY OF SOVEREIGN IMMUNITY DUE TO NEGLIGENT SUPERVISION, A FAILURE TO TRAIN, THE DUE PROCESS CLAUSE, AND THE TAKE CARE CLAUSE WHICH MOTIVATES A FRAUD AND FEDERAL CONSPIRACY TO COMMIT HARASSMENT AND ALL OTHER TORTS LISTED

1. The US. government's blatant negligence in the supervision of U.S. government officials motivated fraud which could have been openly discussed by elected and appointed U.S. officials, including members of the White House.[28] These should be discovered since the subject is declassified and related to this complaint.

2. What this negligent supervision motivated was a blatant negligent and intentional, by some notable parties, conspiracy to violate the equal protection clause under 42 U.S.C. 1983 through other actions that intimidated me and led to other people performing illegal and negligent actions and omissions which violated my rights under the equal protection clause based off inferior genetic information and my disability, and the American People through elected, appointed and supervised officials whose commitment is to serve the interests of their constituents in a democracy and not a fascist regime backed by the powers of frail little pale boys and girls to me.

3. Note the effect on due process as applied to me under the U.S. constitution considering all of the facts, patterns and messages sent to me during this episode listed in the complaint, including many times just blatantly getting my time wasted sometimes while dealing with those tasked with enforcing the laws, implicating the executive branch's duty to enforce them and as well as just witnessing plain pig-headedness. My view, how did one thing go in there and then you got what is seen by all out, really I'm not sure how that just happened. All of the tips which were not thoroughly investigated were a violation of the due process clause of the 5th amendment and traditional notions of fair play and justice. All because of the

---

[28] https://crsreports.congress.gov/product/pdf/R/R41223/12 (last visited Jan 29, 2024). *Also see* FTCA, 28 U.S.C. §§ 2671-2680 and https://www.opm.gov/about-us/get-help/federal-tort-claims-act/

Briarwoodization of America, since Briarwood bans books on Harry Potter. And all when it all was reported to multiple levels in different governments. Typical in a fascist regime that like the one exists in Alabama with a negative birth rate where hair thinin' boys that almost sold their house in post-great recession Alabama allot the will of god like cows, and the three square banks that everyone built their career on stand over the heaviest corner on earth in 1910s.

4. Some of the actions were likely made with the intent to defraud the American people and intimidate witnesses which should be appropriately investigated by the U.S. government, and some of the actions and omission were plain negligence, that included those by the U.S. and local governments that proves to me that sovereign immunity should be waived due to the urgent need for transparency to the U.S. electorate. Note the length of time quantum physics has been around, the original explanation that it was an EMG gun, and easily excitable boys like him that were negligent in connecting the dots that birds with easily excitable electrons = bird people. I think this point could be made very easily to a jury before waiving the overprove flag for the day in response to anything else without any experts from Johns Hopkins.

5. Article II's imposition on the President of a duty to "Take care that the Laws be faithfully executed,"[29] Note the DKE's deathstars other members law breaking character and Jack Sewell certainly exhibited leadership characteristics among the short DKEd boys that participated in pagan hedonistic activities like Garner Lyon who talked about his famous "jedi mind trick" to avoid a DUI, were pathological liars, constantly posted pictures of them unable to get there car in the space the next day, like why, and Garner in particular should go back to high school to learn about easily

---

[29] US. Const. art. II, § 3.

91

excitable electrons due to his cheating n every high school chemistry test.[30] I would think lying to the American people through his and others omission to say anything as well as Jack's actions in foreign affairs and trade policy by the quick shuttering of the Houston Consulate with actions obviously covering up secrets to me that were obvious given the conversations that I know were common in Houston. Also if you believe that the Cochran firm has just as a relevant source of common sense in this instance, in an approach to negligent supervision, although generally applicable but a relevant comparison in this context, is that plumbers must be adequately trained to deal with the pile of poop left from other people after the slop has been eaten that fuels the supernatural cloud of dust.[31] I personally think that Donald Trump could be a fine addition to the terrific trio of fallmen listed later in the Sherman Act Claims like the current Alabama Coach, following in the footsteps of Nick Saban and a situation which so far is similar to that which occurred earlier under Paul Bear Bryant.

6. How would it look to you to have someone that participates in such activities that are well known at the University of L rizz Aabama in the White House. A version of the duty based on Article II demands supervision by and within the executive branch, while a version based on principles of delegation extends supervisory obligations to the courts, Congress, and potentially the states. But under both accounts, a duty to supervise represents a basic precept of our federal constitutional structure.

7. Jack was in disaster relief taking care of the results of Delullu girls and small featured boys everywhere, but particularly in Houston since according to people who lived there scary mommies and daddies were talked about, that was Havana syndrome

---

[30] Mashaw, supra note 36, at 7 Bruce Wyman first coined the term "internal administrative law" over one hundred years ago. See Bruce Wyman, The Principles of the Administrative Law Governing the Relations of Public Officers 4, 14-18 (1903).

[31] https://www.cochranfirm.com/washington-dc/negligent-hiring-retention-supervision-lawsuit/ (last visited 2/1/2025)

92

related symptoms connected to pagan hedonistic power of a powerful group of boys. The situation was a complete disaster of a foreign affairs with terrible effects to those that serve our country. *Gilligan v. Morgan* signals a similar conclusion for supervision in the military context, and other areas may seem to be sufficiently entrusted to the political branches to justify the same result, with foreign affairs related to trade and national security coming particularly to mind.[32] Material impacts to foreign affairs related to trade and national security are applicable here given the facts that occurred, so non-negligent supervision of him and who he coordinated with to bring about the results. For example later in intergovernmental affairs when it would have been a duty that was breached.

8. Jerry Mashaw's recent excavation of early administrative practice emphasizes the central role of what he terms the "internal law of administration," under which "higher-level officials instruct subordinates and through which they can call them to account for their actions." Note in this case inaction as well as action were at play because at the time of Havana syndrome, the widely talked about pagan and hedonistic activities of the DKE deathstar were widely talked about and the foreseeable results of it were kept secret through intimidation and lore passed down through special connections, while Jack and others in foreign fairs were dealing with a disaster in foreign affairs accompanying trade policy impacts with the result of Havana Syndrome. As well as the quick shutting the Chinese Consulate in Houston due to intellectual property, as I remember it and note the real reasons were apparent to me based on previous conversations, theft that happened abruptly and with some drama meaning to me that a pile of poop was dealt with by those in foreign affairs not apparently well trained to do so. With the resulting effects in trade policy and national

---

[32] Gilligan v. Morgan, 413 U.S. 1, 10-11 (1973).

security that needed to be cleaned up quick, not well and was obviously very dramatic.

9. Accompanying the justification for judicial supervision for executive foreign affair policy that also has disastrous effects on trade policy, failure-to-train claims represent another interesting linkage between due process—here, substantive due process—and systemic administration. For example, *City of Canton v. Harris* held that a municipality could be found to have violated due process for its failure to adequately train its employees, "where the failure to train amounts to deliberate indifference to the rights of persons with whom [its employees] come into contact." [33] Canton rests on recognition of the role that general administrative measures such as training and oversight play in preventing constitutional violations, and thus, like Mathews, constitutes a rare acknowledgment of systemic administration's constitutional significance.[34] A demonstrable failure to train government officials to enforce the law in this and other contexts in this complaint, that result in violations like the first amendment, the fifth as well, and notions of federalism that implicate the 10th amendment that limits the federal government's power to do what is explicitly stated in the Constitution as well as implicating nullification, preemption, and the supremacy clause and their long history

10. To begin with, the connection between supervision and adherence to law is familiar and already embodied in the Take Care Clause, as well as failure-to-train doctrine. Even if this link were not formally mandated, however, it is not difficult to see how internal supervision (through review mechanisms, training, and the like) can help

---

[33] 489 U.S. 378, 388 (1989); see also Collins, 503 U.S. at 117, 124 (reaffirming the potential availability of a failure-to-train challenge) (last visited 2/1/2025)

[34] See Canton, 489 U.S. at 390 (indicating that a failure to train is actionable where inadequacy in training is so likely to lead to a constitutional violation that policymakers can be deemed to have been deliberately indifferent to the need for such training). In addition, Canton's invocation of an objective measure of deliberate indifference suggests more willingness to consider institutional reality in due process failure-to-train challenges rather than under the Eighth Amendment. See id. at 389-90.

ensure that specific agency decisions as well as administrative staff tasked with

helped developing policy in foreign affairs and trade policy as well as actions that

adhere to legal requirements. Note no once Jack got to governmental affairs there

was quite an affair of differences (with mountain brook moms, oh no) by that I mean

differences in how some government agencies with some thinking it was a Chinese

Ray gun at the tippity top of the trailer park or mental health. The Intelligence

community that was acting very intelligently provided an explanation that it was

mental health.

11. Decide yourself based on quantum physics that have been around for a while.

Mommies and daddies morals, as professed by little Ms. Hyertensed piggy and her

trailer trash heroes, that are the solid foundation of the strong foundation of the values

that they teach their kids while shirking personal responsibility, are the laws of this

land that the executive branch enforces, implication a violation of the 10th

amendment's notions of federalism. What the American people who served our

country tasted was the regional flavor of Alabama as a result of the Briarwoodization

of America, where they ban books on Harry Potter, and read their bible and spark

notes and that's it folks. That is what we are really supposed to believe from the U.S.

government with human-sacrifice required when quantum physics have been around

since a Nazi regime that did the same as a group of barefoot neanderthals. I cannot

really imagine the pain of getting my ear membrane torn apart, but now death that

regularly occurs, is hard to deal with and covers up the weird self-sacrificial ways like

some barefoot neanderthals in Alabama. Reasonableness of supervision of the

executive branches actions and the resulting negligence of Jacks supervisors can be

proved through the incentives to play dumb like the over-makeuped girls from

Briarwood and what should be expected of U.S. government officials that are similarly

situated, given how long quantum physics have been public knowledge, and note

95

books on it are readily available everywhere. Really in my mind pointing to failures in public education and watching C-span.

12. No provision of the Constitution expressly grants the federal government immunity from suit. Instead, most judges and commentators agree that federal sovereign immunity is a common law doctrine drawn from pre-Founding English law, and in this case I think the conclusion is easily drawn that such actions are counter to the original intent of the founders of the U.S Constitution to provide such monarchical privileges to U.S. officials tasked with supervising the actions described herein this complaint with no historical references to drafts or thought processes that led to the original drafts needed.[35] It's just common sense which is clearly not that common and should be required of such officials similarly situated.

13. The Federal Tort Claims Act (FTCA) is federal legislation enacted in 1946 that provides a legal means for compensating individuals who have suffered personal injury, death, or property loss or damage caused by the negligent or wrongful act or omission of an employee of the federal government.

14. In the absence of a waiver of sovereign immunity authorizing suits against the government itself, the Supreme Court has at times allowed suits to go forward against federal officials sued in their individual capacity which may also become apparent depending on the facts discovered.[36] For instance, in *Bivens v. Six Unknown Named*

---

[35] *See, e.g.*, Erwin Chemerinsky, Federal Jurisdiction § 9.2 (5th ed. 2007). *Compare* The Siren, 74 U.S. (7 Wall.) 152, 153–54 (1869) (It is a familiar doctrine of the common law, that the sovereign cannot be sued in his own courts without his consent.); *with* Kennecott Copper Corp. v. State Tax Com'n, 327 U.S. 573, 580 (1946) (Frankfurter, J., dissenting) (Though this immunity from suit without consent is embodied in the Constitution, it is an anachronistic survival of monarchical privilege, and runs counter to democratic notions of the moral responsibility of the State.).

[36] In addition to the *Bivens* line of cases discussed *infra*, see, e.g., *United States v. Lee, 106 U.S. 196 (1882)*.

*Agents*[37] and its progeny, the Court allowed individuals to sue federal agents directly under the Constitution without a federal statute authorizing relief.[38]

## CLAIMS FOR RELIEF

## COUNT ONE

## Claim for negligent supervision, failure to train and violations of the due process clause of U.S. government officials under the 5th amendment resulting in a conspiracy in violations with individual, organization and some christians in Alabama, like Big Tobacco of days gone by, under 42 U.S.C. § 1983 as a violation my rights under the equal protection clause based off inferior genetic information

15. Plaintiffs incorporate and repeat each and every allegation above as if fully set forth herein.

16. The duty to supervise and retain competent employees, here this is especially true because that duty is heightened in the White House where the executive branch is

---

[37] 403 U.S. 388 (1971). Some have likened the holding in Bivens to the creation of federal common law. *See, e.g.,* Hernandez v. Mesa, 140 S. Ct. 735, 742 (2020) (Analogizing Bivens to the work of a common-law court, petitioners and some of their *amici* make much of the fact that common-law claims against federal officers for intentional torts were once available. . . . With the demise of federal general common law, a federal court's authority to recognize a damages remedy must rest at bottom on a statute enacted by Congress, . . . and no statute expressly creates a Bivens remedy.); Correctional Servs. Corp. v. Malesko, 534 U.S. 61, (2001) (Scalia, J., concurring) (Bivens is a relic of the heady days in which this Court assumed common-law powers to create causes of action—decreeing them to be 'implied' by the mere existence of a statutory or constitutional prohibition.). Justice John Harlan's concurrence in Bivens suggested that liability in that case was not based on common law. 403 U.S. at 403 (Harlan, J., concurring) (I do not think that the fact that the interest is protected by the Constitution rather than statute or common law justifies the assertion that federal courts are powerless to grant damages in the absence of explicit congressional action authorizing the remedy.). https://constitution.congress.gov/browse/essay/artIII-S2-C1-13-4/ALDE_00013569/#:~:text=C ongress%20has%20waived%20federal%20sovereign,Ct.

[38] *See also* Davis v. Passman, 442 U.S. 228 (1979), Carlson v. Green, 446 U.S. 14 (1980).

tasked with enforcing the law that it and them and their family regularly circumvents in a personal capacity. Under both administrations.

2. The employer breaches that duty.[39] A clear indication of this point to me as well as a <u>violation of the due process clause and traditional notions of fair play and justice</u>, and I am happy to connect more dots than the media which seems have restraint from freedom of the press under the first amendment not to talk about blatant witchcraft. As a result of and contributing the supervision in the White House of a true standout member of the DKE death star that joined an organization that openly participates and talks about pagan hedonistic practices of its members in college, participates in fraudulent negligence, and keeps each other secrets based on the special connection that they have. Noting also the blatant disregard of popular media over a long period of time, the long length of time that quantum physics has been well known, and how stupid it is to actually believe that an EMG Gun(Chinese Ray Gun, Lol) could actually cause the symptoms of Havana Syndrome. And since it happens in Birds it means it = bird people.

3. The employer's breach of that duty proximately, causes damages to the plaintiff.[40] See below for point five where I make the point that if what girls and clearly baby lookin' boys like trailer trash heroes from Selma that need to be taken care of like they were by their mommy and daddy, in Alabama and other Southeast states, believe can impact what heart-sensitive big-hairy donut eatin' boys in the FBI scramble for in the mystery van, like Josh Norris who would just love to work in Secret Service for Donald Trump, then certainly it could affect the supervision and retainment of White House employee in a

---

[39] Id.

[40] Id.

branch that is supposed to enforce the laws of our country and currently

houses a serial offender of them,a pomeranian, just like Garner Lyon. Note

also how what little boys lives in Alabama lives are built on can influence the

direction of federal policy, its enforcement, freedom of the press under the first

amendment resulting in a true monumental and historic waste of taxpayer

money and a growing mass of bodies that the U.S. has funded in a multitude

of ways, most importantly in my mind in advance of the war, through also the

typical farce of an FCPA investigation into TechnipFMC and into Havana

Syndrome which caused my damages that were foreseeable. Note also how a

lack of creation of an official government record of the majority of things that I

report has frequently provided an opportunity for my death, tortious and

unlawful behavior, and intimidation.

4. To me demonstrating a need to watch CSPAN and congressional hearings,

which should be a part of the education of every classroom in the U.S. to hold

these officials actually accountable. As well as a failure to train officials as

discussed and facts cited in the waiver of sovereign immunity and elsewhere

in this complaint clearly demonstrated to me at least. All wondering how one

thing goes in and another comes out. A failure to train government officials in

this and other contexts evident in this complaint that results in constitutional

violations like the first amendment, the fifth and the 14th's due process clause,

resulting traditional notions of fair play and substantial justice, and notions of

federalism that implicate the 10th amendment that limits the federal

government's power to do what is explicitly stated in the Constitution as well

as implicating nullification, preemption, and the supremacy clause and

their long history. Huh, I wonder based on the facts, I'm not really sure

what happened in there. Sticking my finger in the air and seeing which way the wind blows. But love conquers all.

5.    One recent example of a run in with those tasked with enforcing the laws as written (see email on January 23rd for a call that occurred the night prior), like all others with at the FBI, who acted dumb to things I reported like the Ray Ban wearing boys in local law enforcement, refusing to create any public record of what I report and put my life and others at risk for the sake of something, I can't determine why. Noting in particular little heart sensitive boys from many heady heartbreaks I'm sure, of which I'm sure there were many for those boys in the Jacksonville, Florida FBI office that when I first called the night of January 22nd to report crimes that might have motivated my mom's assault and harassment as well as other crimes that they had not acted on in response to my complaint previously responded saying "that doesn't sound like a federal crime to me" like a dumb girl from Briarwood that paid tens of thousands of dollars for a private school education at Briarwood that out performed the average ACT score in Alabama by three points at the time, blatantly hung up the phone on me probably because some like Josh Norris work there or did in the past on the night of January 22nd and little heart sensitive boys that scramble for pig plans in the mystery van are special little secure protectors of little unresilient and undeveloped girls to me. Just like Joy and Landry Norris that openly talk about demons, and do not say their scary nam,  noting Eric is "he whose who must not be named" much unlike Helen of Troy on the battlements, the face that launched a thousand ships, oh my. After someone hangs up, I then call right back instead of going through the normal answering service indicating they were aware of my call the important issue coordinator, I think, who worked there and must be the leader and special protector of boys like Josh Norris who would love to work in secret service for Donald Trump, answered the phone because boys like him enforce the laws and accomplish important things say to me things like "I have been here all

night and haven't received any call" eating donuts like a hypertensed high blood pressure boys that only answer to the other ones that are prayed to. All when they obviously just circumvented the normal answering service, since they immediately answered without going through the normal press 1 and then press 2 game that usually lasts about 30 minutes if the answering machine can even spell your name right, just a point about that it seems like a weekly occurrence to me and how I am very familiar with the service that is provided so that a little boy and girls who work their can do the lord's work in their community.

<u>For all parties, including individuals and organizations and particularly Briarwood Christian Schools in conspiracy with the U.S government's Executive Branch, under 42 U.S.C. § 1983 to violate my rights to equal protection under the laws based off inferior genetic information</u>

1. 42 U.S.C. § 1983: As a a result of individual defendants with incentives, secrets that have been dutifully listed in the introduction to the extent I am willing to at the moment, led to actions taken and in some cases I would bet a explicit agreement a conspiracy to interfere with civil rights, such as depriving people of equal protection based off inferior genetic information and disability that made me worry about risks to my life throughout, as well as an implied agreement based on their interests. Note that I think that I was injured and my career left with no prospects for employment due to the pressure I was put under, except at best if I pray, put other firms, and proclaim God in Alabama only in broad sweeping upward motions that shows I accept the will of god allotted like cows in a fascist regime.

2. If someone is injured by a conspiracy, they can sue the conspirators for damages. Here this clearly occurred due and see the damages section

101

## COUNT TWO

1.  Claim for monopolization in conspiracy with the U.S. federal government's executive branch. A claim for PwC's bid-rigging with conspiracy from`Deloitte and Possibly Forum Energy Technologies.
2.  A claim for price-fixing between PwC and other Big Four Four Firms including named Defendant Deloitte and others that may become apparent in discovery, in a conspiracy and with coordination with the U.S. government's executive branch. This includes Forum Energy Technologies employees acting the ordinary course of their duties, all motivated the actions of others which resulted in my injury. All actions should be punitively punished.
3.  Implicated in the claim above are Government procurement practices and Price Controls of the goods that Public Accounting firms use to offer services to clients and Industry regulations that support their Market Power and Exclusionary Conduct. In substance and form, government action with anti-competitive effect on Interstate Commerce.

If the government sets rules for bidding on contracts through unreasonable restraints on trade based on price controls that unfairly favor certain companies, limiting the pool of potential bidders, artificially inflating prices and overall and unreasonable restraint on trade as a "per se" violation. See other facts listed below for the market effects of such behavior given market conditions.

Here the overtime wage pay amount set by the U.S Executive Branch, and Monopolistic behavior/elements related to such Monopolistic Power and Exclusionary Conduct, particularly for the Big Four listed in this complaint contributes to a claim against the U.S. government's executive branch under the three past administrations that limited the pool of market participants that audit public companies and hampers innovations that could decrease the price for consumers i.e. the ordinary investor in the form of increased audit costs as well as less expected returns. See Forum Energy Technologies as an example of such conduct and the price impact to the ordinary investor.

"Rule of reason" analysis: Courts typically apply a "rule of reason" when evaluating government actions under the Sherman Act, meaning that they will consider the purpose of the regulation and its potential benefits to competition before deeming it a violation. All government actions as well as the specific government procurement practices, affected market dynamics and consumer welfare within the economy as seen for one example the price impact in FET stock.

**Also a negligent action for U.S. government's executive branch at least negligent actions to establish the Big Four's market position with exclusionary conduct to restrict salaries in coordination with big four firms whose market position is well lodged in the market through special relationships should also be pursued but I am not sure that is viable as its exercise is a dictionary actions.**

4. **A final claim related to this count is SCF as well as it's directional driller's employees acting in the ordinary course of their duties to hire and recruit Including Forum Energy Technologies, SCF, PwC and Andrew C in a conspiracy under the Private Funds Advisers Rule 206(4) of the Investment advisers act of 1940 for conducting fraudulent advertisement.**

5. Plaintiffs incorporate and repeat each and every allegation above as if fully set forth herein.

6. A claim in this count for monopolization of all big four firms in conspiracy with the U.S. federal government's executive branch. The second claim in this count is PwC's bid-rigging in conspiracy with`Deloitte and possibly other Big Four firms depending on what is discovered. The third claim in this count is PwC in a conspiracy and solely with the coordination of U.S. government's executive officials that set policy in the executive branch related to procurement practices. The fourth claim in this count is price-fixing with other Big Four Four Firms, including from as much as I am aware of in this instance at this time, with named Defendants PwC, Deloitte and the U.S. government through procurement practices. All named defendants and parties interests motivated the actions of others which resulted in my injury due to pressures put on auditors and actions/results that should punitively punished

### Market Power and Why Business Justification Less Applicable Today

7. The U.S. federal government's historic actions and some recent, including those that may be taken to not adopt recent proposals that would increase disclosures of audit staff usage/experience disclosures not only to the PCAOB but also to the ordinary

investor in U.S. capital markets is in violation of Section 1 of the Sherman Act as an unreasonable restraint on trade as a "per se" violation. Note also all U.S. presidents since the Obama administration set salaries for overtime pay yearly salary amount slightly below the market rate (i.e. a few thousand) in some of the smallest markets that paid the least, like Birimgham of which the salary I was well aware of at the time. Note Trump also went well below that amount probably to obscure that his first time around, but hey… tips might be tax free. And PwC as well as Deloitte both were probably getting tips in some form or substance (see also fraudulent advertising between SCF and other parties, likely including in the form of repeat business from the involved private equity firms that had them in their back pocket due to frequent IPOs and other non-recurring work like acquisitions that made Texas the expansion priority of PwC at the time. Note also the key elements section further below where this element is listed again and explained more concisely. Clearly an instance where the slop files a material cloud of dust on a barren crest on a hill.

8. The usually compelling business justification that has previously existed does not exist here because the lodging of the Big Four with the significant market power in auditing public companies led to exclusionary conduct in the form of coordination amongst themselves while there was a decrease in costs for companies that are subject to audit and a resulting increase in costs for consumers i.e. ordinary investors as reflected in the FET price impact from the time the events listed in this complaint until now resulting in poor returns on capital. This market power and exclusionary conduct hampered innovation, especially at the rate compared to smaller private non-audit companies like Fetch. This is reflected by the year Fetch receiving Series A funding, the fact is widely used on non-standard documents like receipts and therefore what I would think is much more reliable than current PwC AI tools/usage that could decrease the costs for public companies and provide a more

104

efficient and reliable audit opinion. Note one fraudulent reason that may justify the non-use of AI tools is no record of changes to AI tested results and also the possibility of increased reliability with less repetitive work for staff that could have applied more efficient judgement across most material line items some of which the testing would be admittedly less standardized. However at most private-equity backed companies and in general, I think it would be at most 4-5 line items (just a guess) but usually 2-3 line items as at Forum, that would not be very standardized. Since more innovation from smaller more agile companies is usually the case, the exclusionary conduct that is perpetuated through connections between firms make possible exclusionary conduct and the market power of the Big Four. In other words, I believe the business justification is not as compelling when, trends in certain industries towards who is auditing the types of client, such as oil-field services in Houston were clear to the companies involved, making it well known to them that Forum Energy Technologies SG&A and free cash flow pressures would most likely lead to a change in auditor. Note Deloitte was by far the most likely candidate who would probably underbid mostly due to reasons discussed later, and there was a serious bankruptcy risk at Forum that although talked about including by senior members of the client was not reported as a going concern until 2019 Y/E when the senior notes were about to come due and would have to be restructured in or out of court. All these facts as well as market trends, material factors to investors that incentivized certain actions, and market trends in AI demonstrated monopolization as well as price-fixing and bid-rigging of which there are also facts that are very probative and relevant listed in the bullet points below.

9. Note most importantly for AI, standardized client documents could be used to generate a reliable model that is then visually checked again verified by third party documents. Data entry was a very time consuming part of the job.

10. I did also speak with an investment banker involved with the process at Forum Energy Technologies, and he mentioned it was a close call with the debt stack, although he also implied or stated it was a short engagement.

### Exclusionary Conduct

11. A staff/near senior auditor on Forum Energy Technologies who was engaged/married (and probably knew for a long time before that it was going to occur) to a Deloitte auditor who's firm Deloitte audited most of the smaller private and public (I think some can't say forsure the market share) oil-field services clients in Houston, placement on the PwC team could have allowed pressure to be put on the next team who would take over due to that person's relationship with other auditors in the office, and the staff auditor's possible engagement in fraudulent activities with Forum Energy Technologies. Also contributing to this belief is bankruptcy risk was talked about at the client well in advance but was not disclosed as a going concern risk until 2019 shortly before the notes needed to be restructured, inconsistent with going concern general principles to disclose going concern risk that is readily apparent, even when it will be faced more than 12 months out.

12. Note the new partner on the PwC engagement in 2017 did not want to rebid on the engagement when it came up for rebid, but was probably talked into in part to because of SCF's relationships with Nine Energy Services a company that was recently delisted but was about to IPO at the time. All to get a team in the big leagues like SEC teams this year to get Oklahoma and Texas in this year (see more below).

13. Did this involve schemes with teams in other leagues, in other word other private equity firms like Pelican and Quantum, where one of my friends marveled at the marbled countertops that shined after he got the lysol wipes out his lunch pale, leaving a superficial cleanliness, just like a PwC audit, along with a satisfying smell.

106

Important to note SCF was not listed as a related party for Forum Energy Technologies at the time although the transaction amounts had to be 500 thousand to one to two million less than materiality, extrapolating from trends apparent in its disclosure right after it was disclosed since I was not made aware of the amount, and PwC partner's mentioned that it was too costly to test as one the main reasons that we did not (noting we did nothing special for this just like for inventory scrapping around possible material failures, all while there were indications of possible widespread fraud from a group of "financial wizards" spoken by the head of internal audit who supposedly investigated a complaint that was "immaterial" and materiality was increased during the second busy season, maybe in part to avoid its testing.

6.  However what I think is more likely is that it also involved Deloitte in at least bid rigging. Note there are some facts that clearly indicate the fact that there was a decrease in scoping the year the audit was won followed by an increase after the debt was restructured out of court that I'd rather not list in this complaint. All indicating the usual unusually large amount of control failures at Forum was a major factor, probably allowing material misstatements to slip by, just as at TechnipFMC as well as the usual cost overruns at new Big Four clients which also happened the year Nine Energy Services IPOed, and it could have included other private equity firms, all of which paid each other circular favors by forming a special relationship. Just like eskimo bros and delulu girls in Alabama fraternities and sororities. The partners statements, and one's reluctance that he stated to me, could have just been to obscure, considering other patterns of behaviour, from the bid-rigging with all facts considered such as the fact that Deloitte clearly had the market positioning for private oil-services clients of Forum's size.

7.  I frankly don't believe that Deloitte's technology and outside hires were alone why, as the outspoken heads of the market team stated, the reasons they were basically

killing PwC by underbidding at the time, according to those very familiar with the rebidding process who reviewed workpapers, because image-recognition AI was still in its infancy at PwC as well as most other companies considering my experience speaking with such firms in Birmingham, AL which had only just completed its series A funding toward the end of 2018. My knowledge is also based on experience in training with people who were very close to its development at PwC, and it was not trusted in PwC audit in 2018, even with auditor review, although highly talked about as something upcoming. Note it was not even delivered as a viable audit solution for any client until 2019 and while it did probably win an award in 2023 it is still only used for very standard things like bank reconciliations which were moved to a standardized center for excellence.[41] PwC's initial investment was in 2017 so it was more than a couple years behind in developing it although its rate of growth will probably flatten out impart due to the record it creates and the fact that its adoption will not pad partners pockets with overuns. The cost of such AI as well as its reliability, in non-standardized settings for private companies that use it for functions like scanning receipts, that are admittedly non-standardized, have significantly increased although for clients like Tesla that I witnessed testing of in the PwC Austin office, it is still not widely used, and for PwC in general except for in very standardized procedures like with bank statements and foreign exchange balances in 2023 from what I can gather from its website.[42]

8.  Other relevant points of comparison well known in 2018, Deloitte supposedly hired more people specifically with experience in technology than PwC who promoted that they were trying to develop people internally which usually just occurred on the

---

[41]https://www.pwc.com/jp/en/press-room/next-generation-ai-award230721.html#:~:text=PwC%20has%20been%20pioneering%20AI%20and%20professional%20services&text=Called%20GL.ai%2C%20it%20was,analytics%20and%20intelligent%20audit%20assistance (last visited 2/1/2025)
[42]Id.

largest teams because of Oracle, revolving around Oracle consulting from my experience, and not clients like Forum Energy Technology that had a grab bag of ERP's with super users, including the now the current CEO at Global Tubing that purchased from Quantum. Although from my experience in training at PwC with people from development is that they had a very specialized training and education. Based on what I witnessed in 2018 I am very surprised that there has not been a wider roll-out of this technology, pointing to conduct that indicates the monopolistic position for public companies and exclusionary conduct through special relationships among the firms, private equity in Texas, and public companies.

9.  Facts that are also relevant to the exclusionary conduct is the results of what probably should have been a material control failure in one of the most critical accounting line items for inventory at the Forum Energy Technologies warehouse in Houston, later actions to end the lease at a Houston warehouse, and scrap the inventory. Some of the inventory from there as well as other possible previously fraudulently sold inventory that was sitting around at other PE backed places just like it was at Forum could have been sold at discount rates through a non-consolidated family owned entity that took over another ended lease in the south of Houston which would have left open the possibility of fraud involving private equity backed companies. Accompanying this was a likely thrown goodwill impairment control failure with conspiratorial actions from PwC, because the supposed failure occurred on a Saturday in front of the whole team, shortly after the inventory control remediation all hands on deck meeting in which partners and Forum staff including some executives that set out the remediation procedure for a control which was then improperly followed at least by not flagging inventory that had already been counted. These improper procedure could have included other fraudulent actions due to other actions by the warehouse staff that I observed which could have all been in part to run up the

costs for PwC and affect engagement margin which was critical to partner's paychecks, and then was later followed by scrapping of most of the warehouse and then moving the remainder of it right next to the non-consolidated entity that took over an old location which could have also provided the opportunity for fraudulently sold inventory at companies including those private equity backed to be sold to those who would be most interested in it along with cooling solutions that had been purchased from Pelican private equity firm that year. All these actions included a family owned business that could easily sell old missile looking consumables that were not highly used at the time due to advancements in technology, and some very outdated inventory some of which had not been sold since 2014 to the kind of smaller/medium sized drilling operations that would have been most interested in it at the time considering rapid drilling advancements.

10. Note the fraudulent actions of Forum Energy Technologies and PwC could have been price fixing with those two alone, with PwC letting issues slip through the cracks so that the workpapers that were reviewed upon rebid did not actually reflect the risk or costs that would occur during the audit, in a conspiracy to arbitrarily and fraudulently set the price two low. Ultimately hurting consumers as ordinary investors with a high price of investment in the form of below-market rate returns. Also it would be very risky for Deloitte to underbid on the engagement, which would have likely included their conspiracy.

11. Why would a kind of coordination between Deloitte as well as PwC to rig bids have made sense to PwC partners? **Well to get a team in the big leagues of public companies** i.e. to repay favors for receiving the Nine Energy Services IPO which was the kind of non-recurring business that made Texas expansion the priority of PwC at the time. With favors paid to Deloitte in return. Just like coordination between SEC teams this year to throw games to get Texas and Oklahoma **in the league and**

110

**hopefully the playoffs**, resulting in very little injuries, even possibly involving schools in other conferences i.e, other private firms, and requiring the coordination of coordinators that were a revolving door (note Accounting Managers were at Forum but not based on prior companies to my knowledge) based on the special connections they had made at their previous schools. (binder in my house that can be introduced is where I sketched the games involved.) Might have even led to Nick Saban leaving Alabama because he did not want to be associated with it. See other patterns like Lisa in the front office at my apartment building owned and operated by Greystone Investors filled with very lovely residents as she said and very cool pool people. Was she a fallman just like the very significant terrific trio later.

12. Note relevant to explaining of the above as well as price-fixing by padding partner's pockets with excessive Goodwill testing and thrown failures that might have required PwC pre opinion, that seemed to constantly consume the time of more senior level members of the team creating opportunities for overruns which may or may not be collected. Since goodwill was a possibly fraudulently failed control which could have padded the partners on the next jobs pockets at some point with non-recurring work billed at a higher rate than the recurring work if there was an acquisition.

<u>Key Elements to Monopoly Concise Summary</u>

- <u>Market Power:</u> The Big Four completely dominates the market for public company audits in the United States, especially large ones that are featured in this case. As I stated above this unreasonable restraint on trade as a "per se" violation that is not backed by a competing business justification due to the more dispersed availability of AI and other technology as well as the incentives at the Big Four firms for partners to seek repeat business from private equity firms and foreign corrupt organizations like those that are not properly investigated by the U.S. government. Note also that proposed SEC/PCAOB rules may increase some disclosures regarding staff usage

111

and experience for the PCAOB but also hopefully for ordinary investors as well so that they can be aware of such situations. Another very important factor is that oftentimes accountants will seek to work at larger well known firms due to the name brand recognition, and some accountants especially would like to work for larger public companies. The best opportunities in SEC reporting specialized groups are almost completely available solely at Big Four Firmsand as of the time of the conduct at issue in this complaint, 88% of all public companies were audited by the Big Four.[43] Meaning to me that in each large office of the non-big four they would likely only have a nominal amount of public companies subject to audit. The career path towards public company audits is generally encouraged in the accounting education system which is highly funded at colleges from named sponsors from Big Four firms.

- Anti-Competitive Conduct: The U.S. government under Obama and Biden especially but also under Trump (who set a much lower threshold as you would likely expect him to obscure further) set overtime salary levels only slightly below market salaries in Birmingham and probably also other similar markets that I was not aware of.

- All of which contributed to PwC's and other big four firms' market position and was a proximate cause and foreseeable outcome of my injuries in this case as a result of putting pressure on staff at all levels and should be punitively punished.

- Note in this instance in terms of bid rigging, it could be shown that if the SEC chose to not investigate the Forum Energy Technologies fraud report currently, which they chose not to previously, their decision contributed to my belief they also should be held liable for actual damages an punitively punished as an appendage of the executive branch. Forum did receive a letter of inquiry relating to a prior whistleblower report and there was decision at the agency which in any case led to the SEC

---

[43] https://www.cfo.com/news/the-big-four-continue-to-dominate-auditing-weekly-stat/655025/ (Last visited 1/31/2025)

112

dismissing any action against them because of their response which I was not aware of because I was not on the team at the time. Then there were actions taken on the Forum team which could have put pressure on the next auditor and me.

## Bid-Rigging and Price Fixing Claims

13. In addition to the claims of monopolization in violation of the Sherman Act cited above, price fixing is considered a violation of the Sherman Act, also under Section 1, which prohibits "every contract, combination, or conspiracy in restraint of trade " as a "per se" violation, and is cited as 15 U.S.C. § 1 and bid-rigging is cited there also.

14. For price-fixing it must be proven that there was an agreement or conspiracy between competitors to set, raise, or maintain prices, and that may be the case considering the new PwC partner's reluctance to rebid and blatant control failures which could have just been performed to run up the costs of the engagement to cost PwC as much money as possible while they were still the auditor, my intuition now is that any investigation that would have been made would have been to find material misstatements and not evidence of fraud since that probably occurred much earlier; needed cleaning up to a minor degree which could have been covered up by all parties; and that which might occur in the future given the facts surrounding the complaint in my SEC tip which indicates to me that Nine Energy Services would have been involved later as they recently IPOed and then delisted, all of which notably could have helped obscure fraud.

15. The action taken could have been committed all with the knowledge that Deloitte was going to take over the audit given their market position. It could have also been in response to some action that PwC partners took that did not bend to the client's will. Note that predatory pricing with PwC in conspiracy with the Forum alone could be prove through fraudulent disclosures and actions taken to remediate what would have

113

been a material weakness in the critical line item inventory that Forum was valued at with some discount applied at the time shortly before their out of court restructuring, could be considered a unreasonable restraint on trade as a "per se" violation in itself since although consumers may benefit in the short term from low prices, in the long term they may be worse off in the long term as is the case with Forum due to the negative price impact to the ordinary investor.[44]

16. In this case the effects of predatory pricing is evident in the lack of analyst following Forum after the fraudulent lack of disclosures and fraudulent actions mentioned throughout this claim, and what I think appeared to analysts as wastes of shareholder capital in recent acquisitions, using shareholder capital to achieve certain tax results and probably paying favors with the same formula to other private equity firms who were involved as well, also mentioned in this complaint. Free cash flow problems motivated this conspiracy to commit fraud through improvements in the most material metrics resulting in a lower bid from Deloitte with PwC in a conspiracy in restraint of trade, with Forum only in this view of the matter. This hurt consumers i.e. ordinary investors in the long-run very clearly reflected in the stock price impact that would reflect demand, news, and views about how the company is using shareholder capital and disclosing material information, even though the price of the audit decreased for the company. See the significant drop in the price of the stock from 2017 onward which would reflect wastes of shareholder capital, inadequate disclosures as well as the material financial metrics that would have been impacted by this fraudulent conspiracy.

---

[44]https://www.justice.gov/archives/atr/competition-and-monopoly-single-firm-conduct-under-section-2-s herman-act-chapter-4#:~:text=In%20such%20circumstances%2C%20although%20consumers,they%2 0may%20be%20worse%20off.&text=%22There%20is%2C%20therefore%2C%20good,2%20of%20the %20Sherman%20Act.%22&text=However%2C%20a%20firm%20accused%20of,potential%20private %20plaintiffs%2C%20and%20courts. (last visited 2/1/2025)

17. Note that an in-court restructuring would have also prevented such dramatic damages to me since dumb girls and boys in Alabama really think that being mean would be hard for their boys so it is for me too and this all puts me in danger and THAT MATTERSS IN ALABAMA. As well as other facts that may be applicable upon further review and in discovery, including all the other dumb stuff that matters to dumb people in Alabama. Note as of typing this on February 1, 2025 my dad thinks I need to sit in Alabama rather than litigating this because being mean, means you're angry and that's bad to him, just as a funny side joke to keep things lively and a break in the action. That all contributes to the damages that I have faced because my body feels everyday how my mommy and daddy says so since you move to red light when you're mean, you do not talk to strangers or cross a common stream unless you're holding hands.

18. In addition, I think that it's obvious given the risk of Forum bankruptcy that, while openly talked about years in advance and not disclosed to ordinary investors, and that conspiracy with PwC and including possibly Deloitte to underbid PwC on this one engagement and probably others clients in the Houston office, since all parties would have been more comfortable in conspiracy with bidding while bankruptcy risk wa on the horizon, see the senior notes coming due very soon and pressure on material metrics that would significantly affect interest rates, covenants and terms such as repayment that were important to the company and very material to investors. Common sense to me that with an in court restructuring possible given market conditions an in court restructuring could have uncovered revenue and other financial metric fraud as well as coordination with PwC and therefore Deloitte's reliance on a very sus decision of PwC to not include SCF as a related party discourse when it was right around materiality that was determined by PwC, probably both Y/Es but I heard that it was just slightly less than it in 2017 with materiality notably increasing at some

point during busy season after Y/E 2018. The main justification from a partner was at the time was that it was too costly to test related party transactions at Forum.

19. I also heard they were really going to hassle Nine Energy Services the year of the IPO in 2018 for overruns, which were common and contributed to my belief that bid-rigging was a circle of favors paid back and forth among private equity firms and Big Four firms that was reflected in cost overruns.

20. The Forum goodwill allocation control failure did not affect the stock price materially and that could have helped PwC pad statistics that showed that the goodwill impairment method was material to investors, with the importance of client allocation of goodwill to reporting units following an acquisition and adequate controls to identify it specifically mentioned in the FASB roundtable[45] Probably as a result of Ray Garcia's sway at the FASB as the incoming governance insights leader at PwC, the technical nature of the allocation and just general trends among public accounting firm partners to juice statistics that pad their pocket from non-recurring work that is performed in acquisitions. Because of the technical nature goodwill always required at least a senior to work on it but sometimes managers who also did acquisition work related to investments looking for miracles in the oil salesman, funnily the opposite of barefoot dirty boys in Alabama looking for miraclin' in a bottlin' snake oil salesman since they are everywhere in the medical profession.

21. All listed facts are especially relevant to price-fixing but also bid-rigging, in advance of the consideration by the FASB of changing the impairment method that had been around for nearly twenty years at the time. Note also the disclosure fraud I think that occurred TechnipFMC with PwC's conspiracy while the investigation was ongoing.

---

[45]https://www.fasb.org/page/showpdf?path=INTANGGW+-+rtsum+-+20191115.pdf&title=November%2
015,%202019%20-%20Public%20Roundtable%20Meeting%20on%20Identifiable%20Intangible%20As
sets%20and%20Subsequent%20Accounting%20for%20Goodwill%20-%20Meeting%20Minutes (last
visited 2/1/2025 with a pdf in my FET tips folder in casse it disappears from the website due to time)

Although the Goodwill impairment method used very company specific information at the time rather than industry standards to influence a comparable and consistent model or a very standardized method, as is public company disclosure policy to give actionable and reliable information to the ordinary investor, the current model would contribute to padding partner's paychecks due to acquisition work that involved allocating it, probably an add-on to recurring fees rather than the normal recurring work as well as collectible overruns, through the normal recurring goodwill impairment testing.

22. All of the fraudulent client activities in inventory and goodwill indicate to me possibly they could have been a client retaliation to monopolization and being stuck with PwC until being handed off to the next firm who was probably well known as Deloitte(could have been motivated for a variety of reasons), the possibility of a much prior formed bid-rigging scheme, a well known timeline to the next auditor, the desire to really hand it to PwC on the way out because they would not cave in to client demands as much as Deloitte who was by a wide margin the most likely next auditor, and possibly price-fixing with PwC in a conspiracy with Forum through an omission of additional testing procedures that may be necessary as well as a coordination with the next auditor, Deloitte, who would have probably needed to be assured of their usual underbid at the time that it was accompanied with a tolerable risk in advance of possible bankruptcy that was handled through an out of court restructuring probably in part to avoid scrutiny.

23. Also actions taken at the warehouse during the 2017 Y/E to change the inventory count before it was entered in the system, not properly flagging inventory during remedial counts during the 2017 Y/E at the Houston warehouse following remedial procedures hashed out in an all hands on deck meeting with PwC partners and some executives, and other actions of employees like a new accounting manager at Forum

Energy Technologies that pretty much to me amounted to me in hindsight purposefully failing cut-offs for a bank reconciliation for FR-102 for the 2018 Y/E. The failure of FR-102 was completely remediated by the fancy investment banker at Forum, similar to the head honcho at J.H. Berry and Jake Botcher slinging office parks and nondescript warehouse space in Birmingham, that knew percentages as well as a used car salesman and the resulting impact to fair value from payment. The improper remediation count procedures in relation to cut-off testing for bank reconciliations could have involved more than not properly flagging inventory, but that was all that I witnessed and what I reported immediately but was told not to worry about it, with the manager leaving shortly after walkthroughs in late August or early September 2018. Also note an employee changed the count of one minor bracket during the 2017 Y/E busy season because we were talking extensively about Jalen Hurts and how Tua came in right before we talked and won the championship game. I remember this because my friend who knew a coach told me about it in advance, although the improper and fraudulent remediation procedures that actually occurred could have been more extensive because the count that I witnessed was after the count sheets were everywhere even on the walls while they were sorting things out, according to employees, and the count was pretty much finished at that point. Meaning the count that I witnessed could have been a sham to show that they had gotten their act together even with improperly remediation activities that were probably not faithfully documented. Note these facts in relation to other claims of fraudulent disclosure in workpapers that were reviewed contributing to price-fixing claims (likely contributing to the underbid were special relationships between Deloitte and PwC partners or retaliation from employees that Forum let could have let fraud slip by undetected because all parties knew what was up. Meaning parties intentionally took actions fraudulently as part of conspiracy, due to prior agreement with the client, that any

fraud would not be discovered due to prior plans that I probably will not even be able to discover because it might be to expensive due to the pressure I have been put under.

24. Note how difficult it would be as a PwC partner in such situations without coordination from the client as well as the new auditor around significant bankruptcy risk to sort through what would actually be worth investigating, given possible throws in control failures both years that would have generated significant overruns that might have caused bankruptcy then overruns and recurring fees would not even be collectible, while partners were at the same time trying to salvage engagement margin on a consistently losing job at Forum. What would make it worth it to you? Probably circular favors and coordination among private equity firms as well as other big four firms and possibly foreign corrupt organizations. Would you consider this a good faith attempt to provide an ethical opinion to ordinary investors or the result of actions due to a prior plan to bid-rig or price-fix in a conspiracy among defendants and other parties.

### Notable Trophy, Holding Staff Auditor Accountable For Putting Me Under Pressure Might be the First Time Ever in Public Company Audit

25. There were actions by Andrew C that indicated likely aware of the schemes due to his close relationship with a Senior Jeff H whose brother as mentioned before was a big private equity partner in Dallas, in the same office as Walter who also worked in private equity. Andrew also worked extensively at Global Tubing during the first busy season, and in one possibility mentioned below, was probably aware of material information in advance of its disclosure under the Private Funds Advisers Rule 206(4) of the Investment advisers act of 1940. He was probably a prospective investor in SCF due to seeking out employment probably in advance of joining the audit team as an associate, based on his interests mentioned later, which means that might have

established his role as a prospective investor with SCF's indicating fraudulent practices in advertising due its disclosures in advance to him in advance of other investors and his role as a staff auditor on the engagement.

26. Note that there is no private right of action under this rule, as currently interpreted although I think there should be due to pressure that the situation could place other staff in, so as it stands currently the SEC should have pursued this possibility. Another factor at play is his, as quick as possible in the accounting profession, rise to controller at the direction driller SCF investment. To me it indicates that he probably underachieved at PwC on purpose and likely performed very well at the SCF entity, given his interest in a variety of things. All actions probably occurred well in advance of the disclosure of the investment and when he talked about it. What likely motivated non-disclosure of related parties and non-disclosure, to the audit team from what I am aware, of his actions which indicated his desire to join an SCF entity, was PwC's sus decision not to report SCF as a related party when the related party transactions with Nine were right around materiality, based on extrapolation of prior trends and could have been higher the year of the Nine Energy Services IPO because materiality was increased during busy season for some segments as well as corporate..

27. Also the activities related to monopolization, price-fixing and bid-rigging all probably also could contributed to his heady heartbreak with his wife, all things considered, and his need to solve it by smokin' weed in a van down by the river (weed was smoked but probably not in a van) to solve his heady heartbreak that shortly after the report of internal fraud was covered up by the GC and PwC. Also issues with his wife became an even bigger issue later, requiring him to take lengthy amounts of time, like months only to come back when the ITGCs for inventory reserve were in significant flux and somehow turned out okay likely because of his involvement in the matter, leading to him being away from the team during busy season, which required the whole team to

120

be put under immense amounts of pressure during busy season. All leading to my burn out going into law school which significantly affected my grades and subsequent jobs prospects as well as the impacts to ordinary investors from the decision of employees of PwC acting in the ordinary course of their duties on behalf of Forum and PwC at the same time which should be punitively punished. In other words PwC through the respondeat superior principal as well as Andrew C with a fine limiting his damages so that we do not set a lootin' felon on the loose.

28. The beginning of issues with his wife ocurred right after the time following a report of internal fraud that was covered up through fraud by the GC and PwC as immaterial according to IA even though there were significant indications that it was more widespread. Noted elsewhere in this complaint, if you believe the complainant and I do that there was intentional fraud reported in a variety of accounts like aging receivables and depreciation at PBV valves like Dairy Ashford then I would also believe that it could have also been reported an covered up in Broussard the previous busy season due to some auditors actions to leave the team shortly after that year including the most experienced staff (Jeff luckily timed out by an extra year than normal, indicating he might have been willing to pull through one more year to cover up the internal report as Andrew was later with inventory substantive testing and the ITGCs related to it, and he would have likely also been aware of more), and it would also indicate that descoping the Broussard location during 2017 Y/E was in attempt to allow previous fraud that occurred pass by without report in the workpapers that were reviewed during the bidding process and facilitated the Nine Energy Services IPO the valuation of which was probably propped up due to fraudulent inventory sales through related party connections that were not disclosed to ordinary investors. Nine Energy Services recently delisted after taking advantage of frothy valuations in the market at the time, while also likely propped up by fraud, which was bound to end when market

121

conditions did also. The motivation of Nine;s IPO was probably because of the ability to shift compensation under the 83(b) election which would have allowed it to escape tax for the most part, in whole, or to be gamed although it's hard to tell the extent of the tax fraud which also existed considering that nothing will probably be investigated by the government fully related to this complaint.

### Other Incentives and Major Impacts- Character and a Habit Implications

29. All while people may not even worry about capital gains being subject to tax below the ordinary rate under this administration because for the most part the look through rule for API's is ineffective as it is applies to capture capital gains into a lower ordinary rate due to the nature of the normal private equity investment timeline. At Forum the investments purchased from SCF' investment time were much longer as I found out from the Waybackmachine.com "let's go back ♫♫♫ (smoke machine may be included) ". These rules I think also make it clear that the acquisition of businesses looking for a miracle in the oil sands were just facilitators only for the the sake of the deductibility of passive losses, as circular favors that had previously been withheld using PwC as the facilitators to U.S. capital markets to get ordinary investors money wasted through fraudulent disclosures and possibly the omission of disclosure of incentive compensation related to them for key executives. Many analysts stopped calling into earning calls after 2019 indicating that Forum was probably not generating a lot of interest, returns, or investor thought that investor capital was being wasted to pay circular favors between private equity firms which could have been motivated by fraudulent inventory sales in the past.

122

30. Fraudulent actions were also taken by PwC and TechnipFMC while they were making an effort to remediate FCPA controls with PwC's conspiratorial actions and omission to act that allowed fraudulent (indicated by the fact that PwC partners did not review the cash-flow previous quarter, probably on purpose to avoid implication in fraud in appearance and implicate lower level employees that should be held accountable) cash flow disclosures to happen through FCPA internal control disclosure fraud that was coordinated by high-level executives in communication with PwC partners at the Houston Corporate Office where we worked. Note controls around foreign corrupt practices and FCA claims related to the FCPA investigation are implicated in the above facts since the corrupt practices at TechnipFMC were widespread in many foreign countries and with TechnipFMC took the usual route of the farces of FCPA investigations in the U.S. that allowed the fraudulent non-disclosure of cash flows from Nigeria, a location that was subject to FCPA investigation and all while internal controls that were related to the investigation were remediated a few days after we received documentation. In other words the typical farce of an FCPA investigation in the U.S, provided the opportunity for disclosure fraud around $50-60 million, or a little less I could not tell from research exactly, right before the FCPA controls were supposedly remediated as well as period end financial reporting remediated later, and since it occurred at the corporate office the controls were probably not remediated as claimed since the actions taken implicated higher-level executives than those who took the blame at the local level. Note the higher level executives who never accepted the blame could still be looking for opportunities to blame lower level employees and continue giving other countries an incentive to melt arctic glacier ice as this is written. So PwC in a conspiracy with TechnipFMC allowed disclosure fraud around a FCPA investigation that has led to very significant fines before; should be punitively punished now as a result of PwC conspirations through fraudulent actions, omissions

123

to act, and disclosures to the federal government during an FCPA investigation. While the previous investigation did not prevent the funding of the machine that prints money for the Russian War Machine, PwC and TechnipFMC should be punitively punished as a result of this claim to prevent similar actions from happening again.

### Circling Back to Forum in Next Bullet Then More Generally

31. Note that these actions taken by previously mentioned named defendants in the Forum Fraud and other jobs, indicate monopolization of the big four's market power and exclusionary conduct that facilitated action that amounted to price fixing by Forum, PwC and possibly Delloitte too by allowing it to be able to take place as well as bid-rigging indicated by the likeliness of Big Four to be comfortable with the risks, given all the facts as the partners were likely communicating to determine if the risk were tolerable, especially given that Deloitte more generally was killing PwC in terms of underbidding based on what was spoken about as new fancy technology the reason.

32. In either case it was due to actions of named defendant's in this claim and others took that were unlawful tortious and probably in advance of public disclosures all while reforming themselves with an increased focus now on qualitative materiality

### More Possibilities with Staff Auditor in on Fraudulent Schemes

33. If you believe that Andrew C was probably put on the team because of the career opportunity that would become available, and I do, because the opportunity was very attractive to him, which he would have known well in advance because it was close to his family farm, where he wanted to live, and the lootin' felon that thought his wife was a gold digger in it for child support, and just note I do not have an opinion I just think its a funny attention grabber at this point.

124

34. Also note I really do not want to list the timing of other communication in the complaint as it involved a grab bag of offhand things he said that I sorted through in tips to the SEC, things he would spend a lot of time looking at his computer, and timing of actions that he took to move his family a fair distance, not that far considering the scope of Houston though and all well in advance of any disclosure or non-disclosure of Andrew taking a position with a client or related party in substance but in form not disclosed, which probably should have been disclosed due to the substance of the Forum Energy Technologies relationship with SCF that was only disclosed the year after the Forum conducted the out of court resturing and within two years after Andrew joined a directional driller very close to the new location that Andrew moved to. A period of time during which Deloitte probably relied or conspired with PwC's sus decision to provide a clean audit opinion on Forum, not listing as SCF as a related party and Deloitte's actions could have been motivated in part by PwC's interest in providing cover for Andrew.

## Other Relevant and Probative Facts

35. Note there was also a sus CEO exit right before 2018 Y/E following the acquisition of the cooling-add on with the potential of inventory being moved through a non-consolidated entity, a family owned business with no internal controls probably not audited, inventory being suspiciously built by a former segment head of susbsea which indicated to me he was a fallman to allow breathing room for fraud and goodwill impairment since subsea was clearly underperforming and heading downhill, while also also preventing the disclosure of the now CEO's incentive compensation as key-executive compensation providing transparency to ordinary investors which would have allowed them to hold Forum accountable as a result of their likely intentional perceive fraud involving Global Tubing, that the now CEO was a super user of at and

125

could make and edit entries. While also paying favors with shedding of possible withheld passive losses involving other private equity firms that might have been involved (as a triangle too, rather than tic for tac) due to the very extended investment timeline (see wayback machine and SEC tips, for a specific number of years). The SCF investments and others recently purchased had valuations that repetitively and as a pattern were waiting on miracles in the oil sands which will probably never appear or materialize as the valuations suggested. A possible triangle fraud between PE firms included.

36. Note also the Forum board chairman came back to the CEO position right before the 2018 Y/E after the fallman CEO's exit which PwC, whose moving solely to board chairman, PwC had relied on as a major factor to not list SCF as a related party but the disclosure of which was still never made, likely because of the increase in materiality. All these facts make me think that Prady Iyanki, Kalen Deboerr (the new Alabama Football Coach, lol) and Andrew C who were all probably fallmen related to this complaint. A truly terrific trio with some aspiring members like Donald Trump, that may join this group of Cowboy Woodys that when you pull their string they shout predictably "there's a snake in boot!"

37. Note dealing with all of the above generated a lot of pressure put on me before law school (note my ex-GF Joy Davis would surely agree with how fragile of an eggshell I am, since I was always "crazy", she knew it and "she learned in it medical school" that pressure at work and the occasional marijuana usage to deal with minor anxiety while being extremely physically active every day throughout could lead to disastrous results, like me walking down the side of the road talking to voices since her daddy had "seen it before". All of which if you would ask them and they would be completely honest would have said greatly affected my 1L grades which for reasons that I hope are evident in this complaint should not be the most important factors that super

126

rankin's special feelers latch onto, just like firms looking for baby lookin' boys as a reason to hire into 1L positions and then promote a who's who of boys and girls just like them. Note that due to Covid my 1L fall grades were completely determinative, and the only grades I had through OCI. They were the reason I did not get a position at Millbank according to those that were intimately involved in the process, and White and Case since to attorneys there who told me "not to get my hopes up" about the second and only callback I got. Note that I also did not get a position during 1L after having close to seven interviews solely because of grades because I was well positioned due to my experience.

38. Due to the amount of people in this melodrama of a wild west tale of cowboy woodys at PewwPeewwPeeww PwC that say there's a snake in my boot when you pull their string and who'd in actuality probably know exactly what motivates super rankin' special feelers, a who's who apparent here, just like girls that went to Briarwood, trailer trash heroes from Selma too, and Ben Parker at Regions too. Since they had "seen it before" so it's extremely unlikely to say the effect on my career and the resulting disastrous effects were not foreseeable too.

39. More generally trends towards the dispersion of AI and other technology that are readily available in other smaller firms, and the big four's market positioning based on unreasonable restraints on trade that are a "per se" violation that previously had a compelling business justification from my perspective is not based on a grouping of expertise at certain firms, but incentives in the form of repeat business including by private equity firms and other larger foreign corrupt organization that are able to access to U.S. capital markets sometimes, as is apparent here, to fund the machine that prints money for the Russian War Machine that should certainly be punitively punished.

40. Overall make sure to note also that actions that probably amounted to price fixing likely included Deloitte conspiration in the audit opinion that was signed, sealed and, delivered to the American people as they were the ones who would have been most likely to take over the engagement from PwC, they were underbidding others due to the technology advances at the time, and there was probably a discussion in advance of bankruptcy risk which was talked about well in advance of its disclosure as a going concern risk. The communication between firms involving very prominent partners at PwC, that were connected through engagements with clients that were getting handed off.

41. As a statement on a pattern of behavior and the similarity to the short-term disclosure fraud at TechnipFMC that was enabled by a fraudulent claim to the government relating to an FCPA investigation. A false claim that the internal controls had been properly remediated following the investigation, when based on the short-term disclosure fraud that I witnessed that allowed the client enough time to get the documentation together and in the short-term hide where the purchase of tens of millions in Nigerian Bonds in other movements section of operating in the indirect method cash flow rather than in financing activities as it should have, was likely motivated by senior executives at the corporate office where it occurred in Houston using the opportunities of conveniently failed controls to commit fraud in a variety of ways apparent to me in the fact listed in this complaint.

42. A bid rigging violation under the Sherman Act is typically cited as a violation of 15 U.S.C. § 1 which prohibits "contracts, combinations, or conspiracies in restraint of trade," as bid rigging is considered a "per se" violation of this section, meaning it is inherently anticompetitive and illegal without further analysis. All the facts above also indicate that bid rigging would have possibly occurred since Deloitte was the major raider (see DKE deathstar and the "jedi mind trick in Alabama'") of such clients, and

the client was attempting to cost PwC as much money as possible to prevent them from rebidding that could have occurred for a variety of reasons. Note that the client's actions were likely successful in affecting the rebid since the new Forum partner did not in actuality want to rebid, was talked into it, and all of the facts listed likely contributed to the rebid process. Or the new partners statement could have been hiding other tortious or unlawful activity.

Damages Implication

43. The penalties for violating the Sherman Act can be severe.[46]  Although most enforcement actions are civil, the Sherman Act is also a criminal law, and individuals and businesses that violate it may also be prosecuted by the Department of Justice. Criminal prosecutions are typically limited to intentional and clear violations such as when competitors fix prices or rig bids, but I doubt these claims will be pursued under the new Trump administration. In Civil court plaintiffs can seek to recover three times the amount of the damages, plus attorney's fees. Even unfounded allegations can be a significant drain on society and membership financial and human resources, and an unproductive distraction from the Society's mission. For these reasons, the society strives to avoid even the appearance of impropriety in all its dealings and activities.

---

[46] https://www.ftc.gov/advice-guidance/competition-guidance/guide-antitrust-laws/antitrust-laws (last visited 2/2/2025) *Also see* https://myscrs.org/policies/antitrust-compliance-policy/ (last visited (2/2/2025)

## COUNT THREE
**Count for negligent hiring and supervision of Austin Police Officers who I filed an ethical complaint against that was denied without any further communication as well as the Vestavia Hills Police Department**

1.  Plaintiffs incorporate and repeat each and every allegation above as if fully set forth herein.

2.  Negligence in the duty to hire, supervise, and retain competent employees.[47] Implicated here as the police officers were employees of the police department. Maybe the government should also consider training them on culpable mental states and getting to the source of crimes, which did not happen in my situation due to harassment and assault I faced from my mother as well as my neighbor. Note I think it's so inconsistent with my character that I demonstrated over the course of my life to even be bothered by the charge that I faced. I just think it's stupid that the problem and danger to others existed, while the police did nothing about it and this should be the duty of the Austin and Vestavia Hills Police Department to train employees that the source of the problem of domestic calls since it may not be one that is readily apparent. Maybe they should consider taking further action and not less based on what may come out in counseling in the future.

3.  In this case 42 U.S.C. Section 1983, should allow the waiver of qualified immunity due to the number of calls, at least three, to both police departments involved and misconduct to me that the police should have been aware of due to the calls I made to the Travis County attorney and Travis County District Attorney, all while said they only take cases that the police forward to them, even considering the harassment I faced and the use of self defense that I thought was necessary which could cause

---

[47] THI of Tex. at Lubbock I, LLC v. Perea, 329 S.W.; LaBella v. Charlie Thomas, Inc., 942 S.W.2d 127, 137 (Tex. App.--Amarillo 1997, writ denied).

harm to other. Note I called the 911 about my mental health symptoms as well as about my neighbor stomping on my head about two weeks before my arrest, they suggested a mental health unit rather than an emergency unit, which could have helped me get sleep which I was sorely lacking leading into my mental health charge that occurred when I went to knock on my neighbors door to ask him to stop stomping on my head, my mom started violently waving her phone in my face telling me I was going to the ER, I ignored her staring at the door hoping my neighbor would come all while actively resisting grabbing it, and I then grabbed the phone losing control of my body. Note I have since learned my lesson later to stay away from her when she starts waiving violently and quickly shoving her phone or arms around because of what happened in Austin. In addition, when this occurred in Birmingham the police did the same thing, refusing to even talk to her about the issue rather than my neighbor as was the case in Austin and told me I should "take medicine" since they must have felt that would solve the harassment and assault that I faced by her violently waving arms, disposition to occupy narrow door frames and when I made a move to get around her to use the restroom while she said I needed to stay there and listen to her she lunged at me which I stayed away from due to what happened in the past. Note I called the Vestavia Hills Police department twice afterwards because I still felt unsafe due to the harassment and assault I faced and they came to my house unannounced once afterwards just to do nothing other than say they wouldn't have expected a use of force from my mom lunging at me, mommies and daddies can do whatever they want to you in their house, and then shut up and stopped spouting the pig plan of the wrinkly hairy girls they serve and protect when I started recording them sounding like total dummies about a week after the incident with my mom. Too bad they didn't have police body cameras which I noticed, likely just because it gives them free rein to act like the typical Ray Ban wearing boys that should not be incentivized to take such

actions rather than showing it off like a badge of honor and glory in a genetic cleansing for a bunch of dogs only good for the great hope of procreatin' moe historic wastes of taxpayer money. These actions should also be punitively punished.

4. The employer then breaches that duty.[48] Here it should be demonstrated through their actions. In this case as explained in greater detail in the introduction, and factual allegations, as well as above that each time I deal with the Police Departments of both cities, and appendages of the Executive Branch, the representatives of it put lives at risk for their need to be gunnin' and scramblin' for the pig plan, in the mystery van, put together by dumb girls in Alabama and pig-headed baby lookin' boys that sit at the tippity top of the trailer park FOR A REASON.  Also training of employees implicated; think about if the Vestavia Hills Police Department dealt with harassment situation with Mr. Davis correctly in terms of when he communicated a message to me that was harassment in two different ways, a frivolous legal threat that would have left him or any lawyer that represented him Rule 11ed as well as him telling me what to do in terms of contacting her which I was not interested in. Note also my discussion on how I was obstructed by the FBI blatantly from reporting federal crimes that would create any official government record, and the same thing in substance when I called to report harassment at my building and its employees just the Austin Police Department, the Travis County Attorney and the Sheriff's office who in substance did the exact same thing to obstruct, intimidate and harass me. Probably all participating in this conspiracy for the great hope of barefoot dirty neanderthals that expect everything to be in their Cane;s comforted conveniences, like those with a diet coke button and who sit at the tippity top of the trailer park for a reason, all with the great

---

[48] Id.

hope of procreatin' more historic wastes of taxpayer money like is demonstrated in this complaint and clearly putting lives at risk.

5.  The employer's breach of that duty also approximately damaged the plaintiff.[49] This one should just be clear given my situation as a law student at the time and as recent grad afterwards, as well as what dumbs eager to say in Alabama and HOW THAT MATTERS. Also contributing is what genetically cleansing little boys and girls (like Little Men and Little Women while dissecting) are everywhere are eager to hear and how for some reason to me, a person who's generally shown disinterest in genetically cleansing girls, the impact it has on my body as a fragile eggshell or one of their baby lookin' boys that needs to be taken care of just like he was by their mommy and daddy. Note I told Nancy Gracen in Birmingham and Dustin Davis in Austin about this and they are only eager to hear the one thing that matters to a bunch of genetic cleansers. And that is that the *mental health* issues I was facing disqualified me from a job as well as other things that happened, like Nancy Gracen trying to escape drunk like a rat getting smoked out of Bryant Denny Stadium and climbing up the gates. And after all if these girls believe if you cannot be a lawyer in Alabama among the who's who of super ranking special feelin' discount rate over dressed lawyers, you cannot be lawyer anywhere. Because what happens in the trailer parker where derrrrrr super rankin' special feelin' club is all fam, changes the world.

6.  Note in each case the actions of all parties mentioned above were directed and had an effect in Texas and all other states, since it prevented me from leaving Alabama and going really anywhere other than where I never wanted to be a lawyer in Alabama due to my disagreement with the police powers as exercised there. Other actions listed had an effect elsewhere since they put me under pressure, ended my

---

[49] Id.

career and generally made me constantly feel unsafe and that the use of self defense may be necessary at any time from many parties.

## COUNT FOUR
**A count for negligent hiring and supervision by Greystone Investors of staff at apartment building contributing to a conspiracy to commit intentional infliction of emotional distress, other torts and other unlawful actions**

7. .Plaintiffs incorporate and repeat each and every allegation above as if fully set forth herein.

8. The duty to hire, supervise, and retain competent employees.[50] The front office staff of Greystone Investors at Elan East, that are implicated based on the facts. Greystone Investors and managers at Elan East you would think have the duty to train the front office staff on how to handle situations like this. The manager of the building, Lisa I think, just like other parties implicated around this time of the terrible trio's actions, left during this ordeal. You would think that she would have been trained on how to deal with resident issues and prevent dangers from being faced by other residents. Lisa's leaving indicates to me that she saw a problem that no one was willing or able for some reason to anything about. Still don't get this with Greystone Investors, the police and several other parties, including those in the executive branch's appendages to do anything about

9. The employer breaches that duty.[51] Note that I told the front office staff on one occasion by email or phone, maybe even both, before my arrest and so many times it is enumerable to me after, in different ways too, after my encounter with the police and they did nothing about my issues with my neighbor to my knowledge, never informed me of "company policy" to let residents handle disputes themselves. I found

---

[50] Id.

[51] Id.

out later through another resident's problems with neighbors. They also never provided me any kind of update on the matter which was also not handled by police You'd think that if my neighbor had stomped on my head so loud that the walls shook at one point, and others were involved or were just playing dumb since they did not hear when it woke my dad up one night. Also it is weird that my neighbor who did live above us could somehow tell that no one else was home and was able to shake the walls like a super secret government spy knowing everything, about everybody at every time of the day. Noting he might also know my genetic information, communicated by him or to him by others including those at PwC who lived there, my other neighbors as well as what they might say, her handwriting, and the fact that the front office staff could inform him about the opportunity to respond to my report of him by doing backhanded things to me which he did and which were clearly outside of office, quiet hours even waking me up at night requiring the use of special thunder sounds on my phone to go to sleep and stay asleep all generally constituted a intentional nuisance by the end that was very close to constructive eviction and which certainly interfered with my use and enjoyment of the property. The actions of the front office staff can clearly be seen as unreasonable when considering how a similarly situated front office staff would have acted to prevent dangers to me and others who lived there.

10. The employer's breach of that duty proximately causes damages to the plaintiff.[52] Actions taken clearly contributed to me feeling under pressure and that self-defense was necessary, ending my relationship for prospective economic advantage with DLA Piper, suffering serious damages as a result and certainly continuing a reasonable probable relationship with PwC as well

---

[52] Id.

## COUNT FIVE TO SEVENTEEN

Counts of various tortious actions that have been listed in the introduction and factual assertions sections with a promulgation of the rules of law and the marshalling of all evidence that is available to me before discovery

11. Plaintiffs incorporate and repeat each and every allegation above as if fully set forth herein.

12. Please see the introduction and factual allegations where I have marshalled the evidence and promulgated the rule of law for all other defendants listed in this complain

Total Counts So Far: Sixteen

## Damages and Remedies.

Expect Amendment Here Since I have not yet done research into damages or how to list. In interest of SOL tolling I have not yet

Note humpty dumpty case - I am a very fragile eggshell due to the effects on my body from being mean, you move to red light and don't talk to strangers when you're mean.

1. Actual:$175,000,000 amounting to $525,000,000 million under the Sherman Act in gold from costs to leave the country considering the danger I face and damages resulting from attempts to commit murder, intimidate witnesses, commit other tortious and unlawful actions all while in a vast conspiracy to defraud the American public, obscure and genetically cleanse just like racism, nazzism and every other form of discrimination based on protected characteristics (protect those EX and DKE super rankin' special feeling boys everywhere). Assigned to all listed parties that took part in unlawful and

136

tortious action listed in this complaint, to the degree possible other than Andrew C whose damages as mentioned before should be limited. It all has provided the opportunity for such small featured and frail little short-DKEd pale boys like Jack Sewell to have a very special place in the Trump administration. After all what would have gotten him a spot in the White House other than being able to superior genetic information, just look at em, as well as provide a way for top U.S. government officials in the Executive Branch to cahoot with trailer trash, families that spell well as well as others parties listed including white-collar criminals as mentioned in this complaint and others including those not documented by police because the it was an inconvenient time for those top level government officials and all criminals involved to face repercussions for their criminal, tortious, and fraudulent actions.

2. $250 billion in punitive damages with $2 billion to the plaintiff (including costs to remediate the 1 billion metric tons of Co2 that will be released into the atmosphere from the funding of the Russian War Machine as result of a typical farce of an FCPA investigation with the Arctic LNG2 project ($185 billion alone according to google search) through an improper FCPA investigation into TechnipFMC and the results to me and others from their actions and negligence. This clearly is the effect of the interests of those involved in covering up the secrets and conversations, as well as the possible intimidation of witnesses with information that I have listed such as hit and runs that could have obscured this charade. Also it includes other situations where the

137

character and habits of the individuals involved truly showed (assigning $70 billion for these situations ). Damages are also assigned to the extent possible, the U.S. Government including the Vestavia Hills/Austin Police Department, all white collar tortious/unlawful defendants involved, the Briarwood Christian Cult that banned books on Harry Potter where the money collected should be spent to help people quit and advertise how religion in Alabama is in affect Big Tobacco, Johns Hopkins for negligently supervising and a failure to train people who take part in pagan hedonistic practices that I reported to them before hiring, shortly after which I lost my leg due to an unexplainable femoral artery clot. Also assigned to UAB hospital where the tippity top of the trailer park is there for a reason and all other listed parties and defendants that actions are considered tortuous and unlawful.

3. A fine tooth comb should be taken through the new White House to root out people that take part in pagan hedonistic practices and receive a Varsi Corridor to success in the fascist regime thanks to their easily excitable electroned nature. Those boys though, those boys though they just had the coolest parties in college. That must be why Donald Trump thinks that little baby boys like Dustin Davis and Jack Sewell should be celebrated and placed in a tippity-top spot at the top of the trailer park all in a vast conspiracy involving major institutions to commit murder, intimidate witnesses and defraud the American public through tortious and unlawful actions. Crawling through adversity like Rucker Durkee only to get scooped up at the end.

4. Eric Bergeron and Joy Davis who shared secrets and celebrated High School at the great feast in the Kingwood County Fair where Joy earned an award winning mum that signified she was truly award winning, designated by the wisdom of the crowds and him assuredly one of the most reassuringly weighted high school American heroes that led to Havana Syndrome and work things out between themselves. See her not wanting to report her for his secrets despite the fact that he clearly had a few from reportedly -doing something very bad, although she said some weird things that I did not believe the day she told me  so out of privacy and respect to her I will not. Meaning that she must have said something stupid or had other secrets just like her friends. This is because of the fact that she told me "he would not have passed high school" without her help pretty much writing his final English paper and note that he did not even pass college at Texas State making that evident. They should have to go back to High School English and learn about Macbeth, Captain Ahab on misplaced goals during demon possession, and the Canterbury Tales (where he could feature as the priest that wipes the grease from his mouth and she his prioress). They could work things out around the trial by coming together through shared adversity  "Or, truth to tell, she was not undergrown. Full stylish was her cloak, I was aware. Of coral small about her arm she'd bear A string of beads, gauded all round with green; And from there hung a brooch of golden sheen On which there was first written a crowned "A," And under, **Amor Vincit Omnia." (quote from Catebury Tales)** In English, Love conquers all.

139