**RECEIVED**

March 18, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY:_____PG_____
DEPUTY

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF TEXAS

**Andrew Samuel Parker,**
 Plaintiff,
 v.
**PwC et al.,**
 Defendant.

**Case No.: 1:2025cv00214**

---

## NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)

Plaintiff, **Andrew Samuel Parker**, by and through their undersigned counsel, hereby gives notice of the dismissal of this action, pursuant to **Federal Rule of Civil Procedure 41(a)**

1. This dismissal is **without prejudice**. I just have an extra case filed before I decided to put in some insurance fraud. I would like to keep the other case open.

Respectfully submitted,
 Date: **3/18/2020**

**Andrew Samuel Parker**
 4374 Galen Court
 Birmingham, AL, 35242
 205-587-1074
 drewparker958@gmail.com