IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ANDREW SAMUEL PARKER, | § | Civil No. 1:25-cv-214-DAE |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | |
| | § | |
| PWC ET AL, | § | |
| *Defendants.* | § | |
| | § | |

## ORDER DISMISSING CLAIMS WITHOUT PREJUDICE

The Court has before it the Notice of Voluntary Dismissal filed by Plaintiff Andrew Samuel Parker pursuant to Federal Rule of Civil Procedure 41(a).  (Dkt. # 2.)  The Court is of the opinion that such Voluntary Dismissal is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that all claims and causes of action against Defendants in this case are **DISMISSED** in their entirety **WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**THE CLERK IS ORDERED TO CLOSE THE CASE.**

**SIGNED:** Austin, Texas, March 20, 2025.

1

HON. DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE

2